Stephanie B. Garlock (*pro hac vice* application pending)
Allison M. Zieve (*pro hac vice* application pending)
Wendy Liu (*pro hac vice* application pending)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009-1001
Telephone:    (202) 588-1000
Email:        sgarlock@citizen.org
              azieve@citizen.org
              wliu@citizen.org

Michael W. Bien – 096891
Gay Crosthwait Grunfeld – 121944
Van Swearingen – 259809
Adrienne Spiegel – 330482
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              ggrunfeld@rbgg.com
              vswearingen@rbgg.com
              aspiegel@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**DECLARATION OF PAULINA GONZALEZ-BRITO** |

I, Paulina Gonzalez-Brito, declare as follows:

1. I am the Chief Executive Officer of Rise Economy, a nonprofit organization based in San Francisco, California. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

2. Founded in 1986 as the California Reinvestment Committee, Rise Economy works to aid low-income communities and communities of color in accessing credit, financial services, and investments. Rise Economy is an association with more than 300 members, including consumer credit counseling, financial literacy, affordable and fair housing, community land trusts, fair lending, community development, small business, legal service, advocacy, and other community serving organizations.

3. Rise Economy seeks to accomplish its mission by, among other things, monitoring practices across the financial industry; negotiating agreements and advocating with lenders to increase mortgage lending to and investments in affordable housing and community development; encouraging the adoption of reforms to consumer services and products that benefit consumers; increasing lending and investment in, and the provision of technical assistance to, women-owned, minority-owned, and small businesses; and publishing evidence-based reports and analyses to educate its members, policymakers, and the public about areas of need and ways to promote credit access.

4. Rise Economy's work would be directly impeded if the CFPB were to cease operating because Rise Economy regularly relies on the research, data sets, and other information produced by the CFPB to support its work aiding low-income communities and communities of color in accessing credit, financial services, and investments.

5. For example, Rise Economy relies on data provided by the CFPB under the Home Mortgage Disclosure Act (HMDA) in advocating and engaging with financial institutions for fair and equitable access for low-income communities and communities of color to credit, financial services, and investments. Rise Economy regularly negotiates community benefit agreements with financial institutions to improve lending practices and access to credit; through these agreements, Rise Economy obtains commitments to provide loans, investments, and financial services in

communities that have historically faced barriers to accessing credit. Rise Economy relies heavily on HMDA data in negotiating these agreements, using information about lending patterns to understand gaps in banks' services, propose implementable reforms, and monitor accountability once an agreement has been signed. Indeed, in nearly every meeting it has with a lender, Rise Economy relies on HMDA data.

6. Rise Economy also regularly relies on HMDA data provided by the CFPB to conduct its advocacy campaigns to hold financial institutions accountable and address inequities in access to credit. For example, Rise Economy has relied on HMDA data in preparing and submitting comments to financial regulators about bank practices,[1] in its legislative advocacy before the California state legislature,[2] to support a redlining complaint that it filed with the Department of Housing and Urban Development,[3] and to conduct research for reports in furtherance of its work.[4]

7. Access to up-to-date HMDA data enables Rise Economy to hold financial institutions accountable and encourage increased access to credit—work that is critical to its mission. Without that data, Rise Economy would not be able to effectively identify the communities most in need and the services that could be most beneficial, and would not be able to compare lenders' performance to that of their peers. As a result, Rise Economy's ability to negotiate agreements with lenders would be more difficult and resource intensive—reducing the number of

---

[1] *See* California Reinvestment Coalition, Comment Letter (May 12, 2022), https://rise-economy.org/wp-content/uploads/2022/05/CRC_Opposition-Letter_BMO_BancWest-merger.pdf

[2] *See* Rise Economy, *The Case for a California Community Reinvestment Act* (2025), https://rise-economy.org/research_crc/the-case-for-a-california-community-reinvestment-act/.

[3] *California Reinvestment Coalition v. CIT Bank d/b/a OneWest Bank*, Title VIII Case No. 9-17-7199-8 (2017).

[4] Rise Economy, *Exploring Mortgage Trends in California: Charting Lending Patterns in California Communities Using NCRC's 2018–2020 Fair Lending Tool and 2021 Home Mortgage Disclosure Act Data*, https://rise-economy.org/research_crc/hmda-analysis-charting-lending-patterns-in-california-communities/ (2022).

agreements that Rise Economy could pursue; restricting Rise Economy's ability to address unequal credit access issues in such agreements; and preventing Rise Economy from being able to address these issues adequately in meetings with financial institutions with whom they do not have formal agreements. Because HMDA data helps Rise Economy identify lending discrimination, if the CFPB stopped providing that data, Rise Economy's work addressing discrimination faced by homeowners, mortgage applicants, and their communities would be impeded.

8. Rise Economy also relies on the information in CFPB's consumer complaint database to conduct its advocacy campaigns to hold financial institutions accountable and address inequities in access to credit. For example, Rise Economy relied on information from the consumer complaint database about Capital One in preparing comments in 2024 to federal bank regulators about the risks posed by the potential merger of Capital One and Discover.

9. Further, Rise Economy would be harmed by further delays in the CFPB's publication of small business lending data under CFPB's 1071 Rule. Rise Economy has long been interested in understanding and advocating for more equitable lending to small businesses, but has been hampered in those efforts by a lack of adequate data. Further delay in CFPB's implementation of its obligation to publish small business lending data will make it more difficult for Rise Economy to advocate for changes with financial institutions and policymakers.

10. Rise Economy's members—which include housing and consumer credit counseling agencies, legal service providers, fair housing agencies, small business lenders, community development financial institutions, technical assistance providers, and other organizations that investigate discrimination and work directly to ensure equal access to capital—would also be harmed if the CFPB were to cease its work. These members rely on the CFPB's work and resources, including CFPB's consumer complaint process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in San Francisco, California, this 8th day of December, 2025.

*Paulina Gonzalez-Brito*
Paulina Gonzalez-Brito (Dec 8, 2025 18:46:30 PST)
_____
Paulina Gonzalez-Brito