1  Stephanie B. Garlock (*pro hac vice* application pending)
   Allison M. Zieve (*pro hac vice* application pending)
2  Wendy Liu (*pro hac vice* application pending)
   PUBLIC CITIZEN LITIGATION GROUP
3  1600 20th Street NW
4  Washington, DC 20009-1001
   Telephone:     (202) 588-1000
5  Email:         sgarlock@citizen.org
                  azieve@citizen.org
6                 wliu@citizen.org

7  Michael W. Bien – 096891
8  Gay Crosthwait Grunfeld – 121944
   Van Swearingen – 259809
9  Adrienne Spiegel – 330482
   ROSEN BIEN GALVAN & GRUNFELD LLP
10 101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
11 Telephone:     (415) 433-6830
12 Facsimile:     (415) 433-7104
   Email:         mbien@rbgg.com
13                ggrunfeld@rbgg.com
                  vswearingen@rbgg.com
14                aspiegel@rbgg.com

15 Attorneys for Plaintiffs

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**DECLARATION OF ERIKA TORIZ** |

I, Erika Toriz, declare as follows:

1. I am the Founder and Chief Executive Officer of Haven Services d/b/a Haven Neighborhood Services, a nonprofit financial and housing counseling organization based in Los Angeles, California. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

2. Founded in 2010, Haven is dedicated to the financial health, housing security, and education of underserved communities in Los Angeles and surrounding counties. Its mission is to provide a safe haven for vulnerable communities, empowering them with no-cost financial education and services that break the cycle of economic hardship for good.

3. Haven is a member of Rise Economy.

4. Haven provides no-cost counseling, direct services, and education to low- and moderate-income individuals and families facing economic hardship. For example, it provides free educational and financial workshops covering topics such as credit building, online banking, and home ownership. In addition, Haven provides counseling services to assist clients in debt collection, predatory lending, loan counseling and servicing issues, improving credit scores, avoiding foreclosure, and other consumer issues.

5. The Consumer Financial Protection Bureau (CFPB) has a consumer complaint process through which consumers can submit complaints about a financial product or service through a portal on the CFPB website. In my understanding, after receiving a consumer complaint, CFPB sends it to the financial institution for a substantive response, and CFPB follows up with the financial institution and consumer about the response to the complaint. Through this process, in my experience, consumers receive a timely and substantive response from the financial institution, which is very valuable in achieving resolution of the issue.

6. Haven heavily relies on CFPB's consumer complaint process in counseling and assisting its clients. Haven regularly submits consumer complaints to the CFPB on behalf of Haven's clients, on issues ranging from debt collection to predatory lending to other issues with loan servicers and financial institutions. In every year since its founding in 2010, Haven has submitted hundreds of consumer complaints to CFPB.

7. Without the CFPB's consumer complaint process, Haven would be substantially impeded in its work to improve financial health and housing security in the communities it serves. For Haven to effectively counsel and achieve the same results for its clients on consumer financial issues, we would have to spend more time trying to figure out who can best help us and how to get support to assist the client in trying to get clear of a predatory product. Haven would have to devote significant time and resources to trying to engage directly with financial institutions to resolve the issues faced by our clients. Haven's ability to serve as many clients and to secure relief for clients would be critically hampered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Los Angeles, California, this 9th day of December, 2025.

*Erika Toriz*
Erika Toriz