Stephanie B. Garlock (*pro hac vice* application pending)
Allison M. Zieve (*pro hac vice* application pending)
Wendy Liu (*pro hac vice* application pending)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009-1001
Telephone:   (202) 588-1000
Email:       sgarlock@citizen.org
             azieve@citizen.org
             wliu@citizen.org

Michael W. Bien – 096891
Gay Crosthwait Grunfeld – 121944
Van Swearingen – 259809
Adrienne Spiegel – 330482
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       mbien@rbgg.com
             ggrunfeld@rbgg.com
             vswearingen@rbgg.com
             aspiegel@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**DECLARATION OF HORACIO MENDEZ** |

I, Horacio Mendez, declare as follows:

1. I am the President and Chief Executive Officer of Woodstock Institute. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

2. Woodstock Institute is a nonprofit research and policy organization based in Chicago, Illinois. Its mission is to advance economic justice and racial equity within financial systems through research, advocacy, and data access and analysis. Woodstock Institute works locally and nationally to create a financial system in which lower-wealth people and communities of color can safely borrow, save, and build wealth so that they can achieve economic security and community prosperity. It pursues these goals by conducting research on financial products and practices, promoting effective state and federal policies, convening a coalition of community investment stakeholders working to improve access to credit, and providing technical assistance to financial institutions, nonprofits, and governments. Woodstock Institute is one of the leading organizations in the Midwest examining the community impact of bank performance and mergers and acquisitions at the local level and nationally.

3. In service of its mission, Woodstock Institute heavily relies on data and other resources collected and published by the Consumer Financial Protection Bureau (CFPB), including Home Mortgage Disclosure Act (HMDA) data. Since 1984, Woodstock Institute has regularly published information including and concerning mortgage and small business lending data, including HMDA data.

4. Beginning in 2022, Woodstock Institute launched its online Community Lending Data Portal. The Portal aggregates and visualizes data on mortgage and small business lending in Illinois. Woodstock Institute relies heavily on HMDA data provided by the CFPB for the information in the Community Lending Data Portal. The data in the Portal includes HMDA data from prior years and is regularly and promptly updated with new HMDA data as soon as it is available from the CFPB.

5. Woodstock Institute's Community Lending Data Portal allows users to more easily access and analyze HMDA data and other lending data by presenting that data on multiple

geographic levels, including neighborhood, county, municipality, and state Senate and House Districts. For each geographic area, the Portal contains data on mortgage lending, small business lending, community demographics, foreclosure trends, loan outcomes by applicant race and income, and the activity of top lenders. The Portal allows users to more easily monitor changes in key financial opportunity indicators in markets. The Portal is regularly used by community organizations, government officials, and financial institutions. Woodstock has published user guides and provided in-person and virtual trainings to community members, nonprofit organizations and journalists on how to use the various aspects of the Portal.

6. In addition, Woodstock has relied on HMDA data in assisting partner organizations with their creation of data portals in Indiana and Milwaukee and their research reports on mortgage lending in Massachusetts.

7. Using its Portal, Woodstock regularly produces annual and multi-year lending trend reports; identifies mortgage lending disparities by income, geography, neighborhood characteristics, and other socioeconomic indicators; and analyzes aggregate lending at the geographic, socioeconomic, and lender levels. This research and analysis help Woodstock highlight the unique community development needs of different areas and advocate for meaningful reinvestment programs to support those needs.

8. In addition, Woodstock Institute relies on HMDA data to work with lending institutions on how to better serve the credit needs of low- and moderate-income communities. HMDA data is the primary evidence that Woodstock uses to assess whether financial institutions are meeting the credit needs of low- and moderate-income (LMI) communities and serving communities equitably via their lending activities. Woodstock's analysis of HMDA data allows Woodstock to effectively engage with financial institutions, by identifying disparities or a gap in a particular lender's activity.

9. Woodstock also heavily relies on HMDA data to engage in advocacy and policy work critical to its mission. For example, Woodstock has used HMDA data to provide comments to federal regulators opposing the proposed merger between First Mid Bank & Trust and Jefferson

Bank & Trust.[1] HMDA data released by the CFPB is the only public dataset that includes borrower economic and demographic data; loan type, purpose, and outcome; loan pricing information; lender type; denials and reasons for denials; lender-level and institution specific performance; and geographic granularity. It is the most comprehensive source of public data for evaluating gaps, trends, and opportunities in the mortgage lending market.

10. Without timely access to updated HMDA data, Woodstock Institute will be unable to update the lending data in the Community Lending Data Portal, thus impeding Woodstock's ability to provide ready access to mortgage lending data to users of the Community Lending Data Portal by diminishing its value.

11. In addition, by diminishing the value of the Portal, a lack of timely access to HMDA data would result in economic harm to Woodstock Institute. More than 75 percent of Woodstock's funding by foundations and financial institutions is tied to the Community Lending Data Portal including, but not limited to regularly updating the data, enhancing its features, visualizing the data, training users, expanding its geographic reach, and publishing findings. Woodstock has invested substantial money and resources in creating and updating the Community Lending Data Portal; indeed, more than $1 million has already been invested in Woodstock's Portal. Without regular, updated HMDA data, the value of that investment will be significantly diminished because the Portal will not be able to serve its core function of providing timely lending data to users.

12. In addition, Woodstock Institute has long awaited CFPB's publication of small business lending data as required by Section 1071 of the Dodd Frank Act. Delaying CFPB's required publication of that information hampers Woodstock's ability to identify gaps in the small business lending market and advocate for their communities' small business credit needs. Woodstock Institute has invested resources to incorporate expected small business lending data under Section 1071 into its Community Lending Data Portal. Without a CFPB to collect and disseminate that information, Woodstock Institute will be unable to see the value of those investments.

//

---

[1] https://ncrc.org/slehcra-the-woodstock-institute-and-ncrc-oppose-first-mid-and-jefferson-banks-merger-application/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Chicago, Illinois, this 8th day of December, 2025.

*[signature]*
Horacio Mendez