Stephanie B. Garlock (*pro hac vice* application pending)
Allison M. Zieve (*pro hac vice* application pending)
Wendy Liu (*pro hac vice* application pending)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009-1001
Telephone:     (202) 588-1000
Email:         sgarlock@citizen.org
               azieve@citizen.org
               wliu@citizen.org

Michael W. Bien – 096891
Gay Crosthwait Grunfeld – 121944
Van Swearingen – 259809
Adrienne Spiegel – 330482
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:         mbien@rbgg.com
               ggrunfeld@rbgg.com
               vswearingen@rbgg.com
               aspiegel@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>     Plaintiffs,<br><br>     v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>     Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 5, 2026<br>Hearing Time: 9:00 AM<br>Judge: Hon. Edward J. Davila<br>Place: San Jose<br><br>Date Filed:   December 9, 2025<br>Trial Date:   None set |

Pursuant to Federal Rule of Evidence 201, Plaintiffs Rise Economy, National Community Reinvestment Coalition, and Woodstock Institute respectfully request that this Court take judicial notice of the following documents, which constitute evidence in support of Plaintiffs' Motion for Summary Judgment, filed concurrently herewith.

## I.    Introduction

Federal Rule of Evidence 201(b) provides that judicial notice may be taken of a fact "that is not subject to reasonable dispute" because it either "is generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy." Fed. R. Evid. 201(c)(2). "Documents published on government-run websites are proper for judicial notice given their reliability." *Eidmann v. Walgreen Co.*, 522 F. Supp. 3d 634, 642 (N.D. Cal. 2021) (citing *Daniels-Hall v. Nat'l Educ. Ass'n* 629 F.3d 992, 998 (9th Cir. 2010)). In addition, courts may take notice of "documents on file in state or federal courts" as "[u]ndisputed matters of public record." *Harris v. County of Orange*, 682 F.3d 1126, 1131–32 (9th Cir. 2012); *Life Bliss Found. v. Sun TV Network Ltd.*, 2014 WL 12589657, at *6 (C.D. Cal. Sept. 17, 2014) (noting that judicial notice is appropriate where a litigant "provide[s] reference and case numbers for the documents requested for judicial notice, showing that they were in fact court documents and matters of public record"). Finally, the court may take judicial notice of statements Defendant Russell Vought made on a podcast episode that is available for public download, as the existence of that statement can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Johnson v. DTBA, LLC*, 424 F. Supp. 3d 657, 662 (N.D. Cal. 2019) (quoting *United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012).

As explained below, the following documents all contain facts that are "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

## II.    Requests for Judicial Notice

1.    **Exhibit A:** Federal Reserve, *The Fed Explained: What the Central Bank Does* (11th ed. Aug. 2021), https://www.federalreserve.gov/aboutthefed/files/the-fed-explained.pdf.

Exhibit A contains true and correct copies of the cover pages, table of contents, part I, and pages 36–38. The full 135-page document is available at the URL.

2.      **Exhibit B:** Federal Reserve, *Federal Reserve Banks Combined Financial Statements as of and for the Years Ended December 31, 2024 and 2023 and Independent Auditors' Report*, https://www.federalreserve.gov/aboutthefed/files/combinedfinstmt2024.pdf. Exhibit B contains true and correct copies of the cover page through page 10. The full 65-page document is available at the URL.

3.      **Exhibit C:** Cong. Res. Serv., *Why Is the Federal Reserve Operating at a Loss?* (Jan. 23, 2023), https://www.congress.gov/crs-product/IN12081.

4.      **Exhibit D:** Federal Reserve, *Financial Accounting Manual for Federal Reserve Banks* (May 2025), https://www.federalreserve.gov/aboutthefed/files/BSTfinaccountingmanual.pdf. Exhibit D contains true and correct copies of the cover page through page iii, and chapter 1. The full 202-page document is available at the URL.

5.      **Exhibit E:** Federal Reserve, *Federal Reserve Balance Sheet: Factors Affecting Reserve Balances - H.4.1* (Dec. 4, 2025), https://www.federalreserve.gov/releases/h41/20251204.

6.      **Exhibit F:** Federal Reserve, *Federal Reserve Balance Sheet: Factors Affecting Reserve Balances - H.4.1* (Nov. 6, 2025), https://www.federalreserve.gov/releases/h41/20251106.

7.      **Exhibit G:** Federal Reserve, *Federal Reserve Bank of Atlanta Financial Statements As of and for the Years Ended December 31, 2024 and 2023 and Independent Auditors' Report*, https://www.federalreserve.gov/aboutthefed/files/atlantafinstmt2024.pdf. Exhibit G contains true and correct copies of the cover page through page 2, and page 58. The full 63-page document is available at the URL.

8.      **Exhibit H:** Letter from Russell Vought to Jerome Powell (Feb. 8, 2025), https://files.consumerfinance.gov/f/documents/cfpb_letter-from-frb-to-cfpb_2025-02.pdf.

9.      **Exhibit I:** Notice of Potential Lapse in Appropriations, *NTEU v. Vought*, No. 1:25-cv-00381-ABJ (D.D.C. Nov. 10, 2025), ECF No. 145.

1      10.    **Exhibit J:** Office of Legal Counsel, *Whether the Consumer Financial Protection Bureau May Continue to Draw Funds from the Federal Reserve System Under 12 U.S.C. § 5497 When the Federal Reserve System Is Operating at a Loss* (Nov. 7, 2025), https://www.justice.gov/olc/media/1417326/dl.

    11.    **Exhibit K:** CFPB, *CFPB Notifies Court it Cannot Lawfully Draw Funds from the Federal Reserve* (Nov. 11, 2025), https://www.consumerfinance.gov/about-us/newsroom/cfpb-notifies-court-it-cannot-lawfully-draw-funds-from-the-federal-reserve/.

    12.    **Exhibit L:** Notice of Section 5497(e) Report, *NTEU v. Vought*, No. 1:25-cv-00381-ABJ (D.D.C. Nov. 21, 2025), ECF No. 147.

    13.    **Exhibit M:** CFPB, *A Beginner's Guide to Accessing and Using Home Mortgage Disclosure Act Data* (June 2022), https://files.consumerfinance.gov/f/documents/cfpb_beginners-guide-accessing-using-hmda-data_guide_2022-06.pdf.

    14.    **Exhibit N:** CFPB, *Consumer Response Annual Report: January 1–December 31, 2024* (May 1, 2025), https://files.consumerfinance.gov/f/documents/cfpb_cr-annual-report_2025-05.pdf.

    15.    **Exhibit O:** Letter from Patrick McClanahan to Jafnar Gueye, Jan. 2, 2025, https://files.consumerfinance.gov/f/documents/cfpb_01-02-letter-from-frb-to-cfpb_2025-01.pdf.

    16.    **Exhibit P:** Opp. to Mot. to Dismiss, *CFPB v. Purpose Financial, Inc.*, No. 24-3206 (D.S.C. Oct. 3, 2024), ECF 48.

    17.    **Exhibit Q:** OIG, *Coordination of Responsibilities Among the Consumer Financial Protection Bureau and the Prudential Regulators—Limited Scope Review* (June 2015), https://oig.federalreserve.gov/reports/cfpb-responsibilities-coordination-review-jun2015.pdf.

    18.    **Exhibit R:** Federal Reserve, *Press Release: Board announces that it will begin to pay interest on depository institutions' required and excess reserve balances* (Oct. 6, 2008), https://www.federalreserve.gov/newsevents/pressreleases/monetary20081006a.htm.

    19.    **Exhibit S:** GAO, GAO-02-939, *Federal Reserve System: The Surplus Account* (Sept. 2002), www.gao.gov/assets/gao-02-939.pdf.

20.     **Exhibit T:** S. Hrg. 117–848, *Hr'g before the S. Comm. On Banking, Housing & Urban Affairs: The Semiannual Monetary Policy Report to Congress* (June 22, 2022), https://www.congress.gov/117/chrg/CHRG-117shrg55794/CHRG-117shrg55794.pdf. Exhibit T contains true and correct copies of the cover page through table of contents, and pages 24–25. The full 150-page document is available at the URL.

21.     **Exhibit U:** CBO, Reconciliation Recommendations of the House Committee on Financial Services (May 7, 2025), https://www.cbo.gov/system/files/2025-05/HFS_Reconciliation2025.pdf.

22.     **Exhibit V:** Federal Reserve, *Federal Reserve Banks Combined Financial Statements as of and for the Years Ended December 31, 2022 and 2021 and Independent Auditors' Report*, https://www.federalreserve.gov/aboutthefed/files/combinedfinstmt2022.pdf. Exhibit V contains true and correct copies of the cover page through page 4, and pages 67-68. The full 70-page document is available at the URL.

23.     The Charlie Kirk Show, *Vice President Vance and the Trump Admin Honor Charlie* (Oct. 15, 2025), https://omny.fm/shows/the-charlie-kirk-show/vice-president-vance-and-the-trump-admin-honor-charlie (podcast).

24.     Testimony of Jerome Powell at 124:50–1:26:02, S. Comm. On Banking, Housing & Urban Affs., *The Semiannual Monetary Policy Report to the Congress* (Feb. 11, 2025), https://www.banking.senate.gov/hearings/02/04/2025/the-semiannual-monetary-policy-report-to-the-congress (video). (As of the time of filing, the Government Publishing Office has not published a transcript of this hearing.)

### III.    Conclusion

For the above reasons, each of the documents contained and referenced within this Request for Judicial Notice is "accurately and readily determined from sources whose accuracy cannot reasonably be questioned" under Federal Rule of Evidence 201(b)(2).

//

//

DATED: December 9, 2025           Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Michael W. Bien*
      Michael W. Bien

Attorneys for Plaintiffs