# EXHIBIT A



PUBLIC EDUCATION & OUTREACH

# The Fed Explained
## What the Central Bank Does



FEDERAL RESERVE SYSTEM PUBLICATION

# Contents

**1 Overview of the Federal Reserve System** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi
    The U.S. Approach to Central Banking. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    The Decentralized System Structure and Its Philosophy . . . . . . . . . . . . . . . . . . . . . . . . 3
    The Reserve Banks: A Blend of Private and Governmental Characteristics . . . . . . . . . . . 4

**2 The Three Key System Entities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    The Federal Reserve Board: Selection and Function . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    The Federal Reserve Banks: Structure and Function. . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    The Federal Open Market Committee: Selection and Function. . . . . . . . . . . . . . . . . . . 12
    Other Significant Entities Contributing to Federal Reserve Functions . . . . . . . . . . . . . . 13

**3 Conducting Monetary Policy** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    The Federal Reserve's Monetary Policy Mandate and Strategy and Why It Matters . . . . . 21
    The Conduct of Monetary Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
    Monetary Policy Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    How Monetary Policy Is Implemented . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

**4 Promoting Financial System Stability** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    What Is Financial Stability? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
    Monitoring Risk across the Financial System. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    Macroprudential Supervision and Regulation of Large, Complex Financial Institutions. . . 55
    Domestic and International Cooperation and Coordination . . . . . . . . . . . . . . . . . . . . . 57

**5 Supervising and Regulating Financial Institutions and Activities** . . . . . . . . . 62
    Overview of the Federal Reserve's Financial Institution Oversight . . . . . . . . . . . . . . . . . 63
    How the Federal Reserve Supervises Financial Institutions. . . . . . . . . . . . . . . . . . . . . . 69
    How the Federal Reserve Regulates Financial Institutions . . . . . . . . . . . . . . . . . . . . . . 75

**6 Fostering Payment and Settlement System Safety and Efficiency** . . . . . . . . . 84
    Overview of Key Federal Reserve Payment System Functions . . . . . . . . . . . . . . . . . . . 86
    Providing Services to Banks and the Federal Government. . . . . . . . . . . . . . . . . . . . . . 86
    The U.S. Payment System Today and Reserve Bank Services . . . . . . . . . . . . . . . . . . . 88
    Regulating and Supervising the Payment System . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
    Providing Banking System Liquidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
    Exploring and Implementing Payment System Improvements. . . . . . . . . . . . . . . . . . . 109

**7 Promoting Consumer Protection and Community Development** . . . . . . . . . . 112
    Consumer Protection Supervision and Examination . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
    Administering Consumer Laws and Drafting Regulations. . . . . . . . . . . . . . . . . . . . . . . . 123
    Research and Analysis of Emerging Consumer Issues . . . . . . . . . . . . . . . . . . . . . . . . . 123
    Community Economic Development Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125

# 1 Overview of the Federal Reserve System

*The Federal Reserve performs five key functions in the public interest to promote the health of the U.S. economy and the stability of the U.S. financial system.*

The U.S. Approach to Central Banking . . . . . . . . . . . . . . . . . . . . . . .2

The Decentralized System Structure and Its Philosophy. . . . . . . . . .3

The Reserve Banks: A Blend of Private and
    Governmental Characteristics. . . . . . . . . . . . . . . . . . . . . . . . . . .4

The Federal Reserve System is the central bank of the United States. It performs five general functions to promote the effective operation of the U.S. economy and, more generally, the public interest. The Federal Reserve

- **conducts the nation's monetary policy** to promote maximum employment and stable prices in the U.S. economy;

- **promotes the stability of the financial system** and seeks to minimize and contain systemic risks through active monitoring and engagement in the U.S. and abroad;

- **promotes the safety and soundness of individual financial institutions** and monitors their impact on the financial system as a whole;

- **fosters payment and settlement system safety and efficiency** through services to the banking industry and the U.S. government that facilitate U.S.-dollar transactions and payments; and

- **promotes consumer protection and community development** through consumer-focused supervision and examination, research and analysis of emerging consumer issues and trends, community economic development activities, and the administration of consumer laws and regulations.



Figure 1.1. The Federal Reserve System

The Federal Reserve is unique among central banks. By statute, Congress provided for a central banking system with public and private characteristics. The System performs five functions in the public interest.

## The U.S. Approach to Central Banking

The framers of the Federal Reserve Act purposely rejected the concept of a single central bank. Instead, they provided for a central banking "system" with three salient features: (1) a central governing Board, (2) a decentralized operating structure of 12 Reserve Banks, and (3) a combination of public and private characteristics.

Although parts of the Federal Reserve System share some characteristics with private-sector entities, the Federal Reserve was established to serve the public interest.

There are three key entities in the Federal Reserve System: the Federal Reserve Board of Governors (Board of Governors), the Federal Reserve Banks (Reserve Banks), and the Federal Open Market Committee (FOMC). The Board of Governors, an agency of the federal government that reports to and is directly accountable to Congress (figure 1.2), provides general guidance for the System and oversees the 12 Reserve Banks.

Within the System, certain responsibilities are shared between the Board of Governors in Washington, D.C., whose members are appointed by the President with the advice and consent of the Senate, and the Reserve Banks and Branches, which constitute the System's operating presence around the country. While the Federal Reserve has frequent communication with executive branch and congressional officials, its decisions are made independently.



**Figure 1.2. Three key entities, serving the public interest**

The framers of the Federal Reserve Act developed a central banking system that would broadly represent the public interest.

**CONGRESS** oversees the Federal Reserve System and its entities.

**FEDERAL OPEN MARKET COMMITTEE** consists of the members of the Board of Governors and Reserve Bank presidents. The Chair of the Board is the FOMC Chair.

**BOARD OF GOVERNORS** is an independent agency of the federal government.

**FEDERAL RESERVE BANKS** are the operating arms of the Federal Reserve System and are supervised by the Board of Governors.

## The Decentralized System Structure and Its Philosophy

In establishing the Federal Reserve System, the United States was divided geographically into 12 Districts, each with a separately incorporated Reserve Bank. District boundaries were based on prevailing trade regions that existed in 1913 and related economic considerations, so they do not necessarily coincide with state lines (figure 1.3).

As originally envisioned, each of the 12 Reserve Banks was intended to operate independently from the other Reserve Banks. Variation was expected in discount rates—the interest rate that commercial banks were charged for borrowing funds from a Reserve Bank. The setting of a separately determined discount rate appropriate to each District was considered the most important tool of monetary policy at that time. The concept of national economic policymaking was not well developed, and the impact of open market operations—purchases and sales of U.S. government securities—on policymaking was less significant.

As the nation's economy became more integrated and more complex, through advances in technology, communications, transportation, and financial services, the effective conduct of monetary



Figure 1.3. Twelve Federal Reserve Districts operate independently but with supervision

Federal Reserve District boundaries are based on economic considerations; the Reserve Banks in each District operate independently but under the supervision of the Federal Reserve Board of Governors.

policy began to require increased collaboration and coordination throughout the System. This was accomplished in part through revisions to the Federal Reserve Act in 1933 and 1935 that together created the modern-day FOMC.

The Depository Institutions Deregulation and Monetary Control Act of 1980 (Monetary Control Act) introduced an even greater degree of coordination among Reserve Banks with respect to the pricing of financial services offered to depository institutions. There has also been a trend among Reserve Banks to centralize or consolidate many of their financial services and support functions and to standardize others. Reserve Banks have become more efficient by entering into intra-System service agreements that allocate responsibilities for services and functions that are national in scope among each of the 12 Reserve Banks.

## The Reserve Banks: A Blend of Private and Governmental Characteristics

Pursuant to the Federal Reserve Act, each of the 12 Reserve Banks is separately incorporated and has a nine-member board of directors.

Commercial banks that are members of the Federal Reserve System hold stock in their District's Reserve Bank and elect six of the Reserve Bank's directors; three remaining directors are appointed by the Board of Governors. Most Reserve Banks have at least one Branch, and each Branch has its own board of directors. Branch directors are appointed by either the Reserve Bank or the Board of Governors.

Directors serve as a link between the Federal Reserve and the private sector. As a group, directors bring to their duties a wide variety of experiences in the private sector, which gives them invaluable insight into the economic conditions of their respective Federal Reserve Districts. Reserve Bank head-office and Branch directors contribute to the System's overall understanding of the economy.

The Federal Reserve is not funded by congressional appropriations. Its operations are financed primarily from the interest earned on the securities it owns—securities acquired in the course of the Federal Reserve's open market operations. The fees received for priced services provided to depository institutions—such as check clearing, funds transfers, and automated clearinghouse operations—are another source of income; this income is used to cover the cost of those services. After payment of expenses and transfers to surplus (limited to an aggregate of $6.785 billion), all the net earnings of the Reserve Banks are transferred to the U.S. Treasury (figure 1.4).

Despite the need for coordination and consistency throughout the Federal Reserve System, geographic distinctions remain important. Effective monetary policymaking requires knowledge and input about regional differences. For example, two directors from the same industry may have different opinions regarding the strength or weakness of that sector, depending on their regional perspectives. The decentralized structure of the System and its blend of private and public characteristics, envisioned by the System's creators, therefore, remain important features today.



Figure 1.4. Federal Reserve net earnings are paid to the U.S. Treasury

The Federal Reserve transfers its net earnings to the U.S. Treasury.

Billions of dollars

| Year | Earnings remittances | Transfer of capital surplus |
|------|----------------------|------------------------------|
| 2011 | $75.4 | |
| 2012 | $88.4 | |
| 2013 | $79.6 | |
| 2014 | $96.9 | |
| 2015 | $97.7 | $19.3* |
| 2016 | $91.5 | |
| 2017 | $80.6 | |
| 2018 | $62.1 | $3.2** |
| 2019 | $54.9 | |
| 2020 | $86.9 | |

Source: Federal Reserve Board news release, January 11, 2021 (available in the News & Events section of the Federal Reserve Board's website, https://www.federalreserve.gov/newsevents.htm).

* The Reserve Banks transferred to the Treasury $19.3 billion from their capital surplus on December 28, 2015, which was the amount necessary to reduce aggregate Reserve Bank surplus to the $10 billion surplus limitation in the Fixing America's Surface Transportation Act.

** The Reserve Banks transferred to the Treasury $3.175 billion from their capital surplus in 2018, of which $2.5 billion was the amount necessary to reduce aggregate Reserve Bank surplus to the $7.5 billion surplus limitation in the Bipartisan Budget Act of 2018 and $675 million was the amount necessary to further reduce aggregate Reserve Bank surplus to the $6.825 billion surplus limitation in the Economic Growth, Regulatory Relief, and Consumer Protection Act.

counterparties. The IORB rate thus affects the federal funds rate and other short-term market interest rates. (See box 3.3 for a discussion of how interest on reserve balances has proven to be an effective tool for transmitting the FOMC's target range for the federal funds rate to other interest rates in the economy.)

**Open market operations.** Over the years, the Federal Reserve has relied upon open market operations as a tool of policy implementation. In conducting an open market operation, the Open Market Desk at the Federal Reserve Bank of New York (or, the Desk) permanently or temporarily buys or sells securities issued or guaranteed by the U.S. Treasury or U.S. government agencies. When the

### Box 3.3. Interest on Reserve Balances as a Key Tool of Monetary Policy Implementation

**The Federal Reserve uses interest on reserve balances as a key tool to anchor the federal funds rate in the target range. The interest on reserve balances (IORB) rate acts as a benchmark for banks when determining the interest rate to charge in their lending activities.**

In particular, banks should require a rate in lending to households and businesses and others at least as high as they can earn on balances maintained in their reserve accounts at the Federal Reserve. As a result, the setting of the IORB rate affects borrowing and lending in overnight money markets as well as influences broader financial markets.

When the FOMC increased the target range for the federal funds rate between late 2015 and the end of 2018, there was a corresponding change to the interest on required and excess reserves rates to move the federal funds rate into the target range. Other overnight money market rates also moved up (figure A). Rates in short-term funding markets—such as commercial paper rates and Treasury bill rates—moved higher as well (figure B). In 2019 and 2020, when the FOMC lowered the target range for the federal funds rate, the Federal Reserve lowered the interest rates on required and excess reserves and short-term rates declined. These increases and decreases in the general level of short-term rates, together with the expected future path of short-term rates, then influenced the level of other financial asset prices and overall financial conditions in the economy.



**A. Overnight money market rates**

Note: The upper bound of the target range is also the interest on excess reserves rate until June 13, 2018, after which the upper bound is 5 basis points higher. GCF is General Collateral Finance.

Source: For Treasury GCF repo, DTCC Solutions LLC, and affiliate of The Depository Trust & Clearing Corporation; for federal funds, Federal Reserve Bank of New York; for Eurodollar, Bloomberg; for interest on reserves and target range, Federal Reserve Board.

**B. Term money market rates**

Note: The upper bound of the target range is also the interest on excess reserves rate until June 13, 2018, after which the upper bound is 5 basis points higher.

Source: For U.S. Treasury bill, Department of the Treasury; for AA financial commercial paper, interest on reserves, and target range, Federal Reserve Board.

securities are bought or sold, reserves in the banking system are increased or decreased, respectively.

The Federal Reserve Act requires that the Desk conduct its purchases and sales in the open market. To do so, the Desk has established relationships with private-sector counterparties that are active in the market for U.S. government securities. For example, when the Federal Reserve permanently purchases a security, the Desk buys eligible securities from primary dealers at prices determined in a competitive auction. The Federal Reserve pays for those securities by crediting the reserve accounts of the correspondent banks of the primary dealers. (The correspondent banks, in turn, credit the dealers' bank accounts.) In this way, the open market purchase leads to an increase in reserve balances.

> **Interest on reserve balances**
>
> Detailed information on the Fed's primary tool, interest on reserve balances, is available on the Federal Reserve Board's website at https://www.federalreserve.gov/monetarypolicy/reqresbalances.htm.

A temporary purchase operation (a repurchase agreement or "repo") is a transaction in which the Desk purchases a security from an eligible counterparty with an agreement to sell back that same security at a specified price at a specific time in the future.

*Overnight reverse repurchase facility.* Today, the FOMC uses a standing overnight reverse repurchase facility as a tool to help keep the federal funds rate in the target range. The facility effectively puts a floor on the federal funds rate.

An overnight reverse repurchase agreement is an open market operation where the FOMC stands ready to sell securities to the designated counterparties. The FOMC sets an overnight reverse repurchase agreement offering rate (ON RRP rate), which is the maximum interest rate the Federal Reserve is willing to pay in an ON RRP operation. When an institution uses the ON RRP facility, it essentially makes a deposit at the Fed overnight, receiving a government security as collateral. The next day, the transaction is "unwound"—the Fed buys back the security, and the institution earns interest on the cash it deposited at the Fed. The actual interest rate that a counterparty receives is determined through an auction process. The amount of ON RRP provided is limited only by the quantity of available Treasury securities in the Federal Reserve's portfolio. As a result, except in very unusual circumstances, the auction rate will be equal to the ON RRP offered rate. In general, any counterparty to the facility should be unwilling to invest funds overnight in money markets at a rate below the ON RRP rate.

*Purchases and sales of securities.* Before the 2007–09 financial crisis, the Federal Reserve frequently used permanent and temporary purchases and sales of securities to affect the supply of reserves and hence conditions in the federal funds market to maintain the federal funds rate at the target set by the FOMC. The size of these operations varied day-to-day depending on market

conditions but tended to be of modest size. Under the current operational framework, the FOMC seeks to maintain an ample supply of reserves in the banking system so that active use of open market operations to fine tune daily levels of reserves is not required. However, under the ample-reserves framework, the Federal Reserve will still need to conduct open market operations to maintain an ample supply of reserves over time.

In addition, the Federal Reserve may utilize open market purchases during times of stress or to provide more monetary policy support to the economy. During the 2007–09 financial crisis and subsequent recession—at a time when the federal funds rate was near zero and the Committee wanted to put downward pressure on yields of a variety of longer-term securities held by private investors—the FOMC conducted four large-scale asset purchase programs.

> **Learn more about the Fed's toolkit**
>
> The Federal Reserve has many traditional and non-traditional policy implementation tools to promote a healthy economy. A discussion of each of the active tools is found at https://www.federalreserve.gov/monetarypolicy/policytools.htm.

When the Federal Reserve buys longer-term securities in the open market, the remaining stock of securities available for purchase by the public declines, which pushes the prices of those securities up and thus depresses their yields.

In the early months of the 2020 COVID-19 shock, the FOMC purchased Treasury securities and agency mortgage-backed securities in the amounts needed, which were quite sizable, to support smooth market functioning. Over time, the size of these purchases slowed, and the FOMC turned to using these open market operations to help foster both smooth market functioning and accommodative financial conditions, with the aim to support the flow of credit to households and businesses.

**Discount window lending.** Discount window lending is available as a backup source of liquidity for depository institutions. The discount window serves as a useful tool for promoting financial stability by providing temporary funding to banks that are experiencing liquidity pressures.  Borrowers pledge collateral to secure loans from the discount window and the rate charged on discount window loans is generally somewhat above the prevailing level of market interest rates. By providing ready access to liquidity at a fixed rate, the discount window helps to damp upward pressures on the federal funds rate and other short-term bank funding rates.

**Reserve requirements.** Reserve requirements specify a quantity of reserves—vault cash and balances at a Federal Reserve Bank—that a depository institution must hold against transaction accounts and other selected deposit liabilities. The Federal Reserve Board establishes reserve requirements that apply for all banks.
Before the global financial crisis, reserve requirements were a key factor in the implementation of monetary policy, as these requirements influenced banks' demand for reserves. Today, with a