# EXHIBIT B



# Federal Reserve Banks
# Combined Financial Statements

As of and for the Years Ended December 31, 2024 and 2023 and Independent Auditors' Report





The Federal Reserve System is the central bank of the United States. It performs five key functions to promote the effective operation of the U.S. economy and, more generally, the public interest.

The Federal Reserve

- **conducts the nation's monetary policy** to promote maximum employment, stable prices, and moderate long-term interest rates in the U.S. economy;
- **promotes the stability of the financial system** and seeks to minimize and contain systemic risks through active monitoring and engagement in the U.S. and abroad;
- **promotes the safety and soundness of individual financial institutions** and monitors their impact on the financial system as a whole;
- **fosters payment and settlement system safety and efficiency** through services to the banking industry and U.S. government that facilitate U.S.-dollar transactions and payments; and
- **promotes consumer protection and community development** through consumer-focused supervision and examination, research and analysis of emerging consumer issues and trends, community economic development activities, and administration of consumer laws and regulations.

To learn more about us, visit www.federalreserve.gov/aboutthefed.htm.

# Contents

Independent Auditors' Report ................................................................................. 1
Abbreviations ............................................................................................................ 2
Combined Financial Statements .............................................................................. 3
    Combined Statements of Condition as of December 31, 2024 and December 31, 2023 ................................................................................................................. 3
    Combined Statements of Operations for the years ended December 31, 2024 and December 31, 2023 ................................................................................................ 4
    Combined Statements of Changes in Capital for the years ended December 31, 2024 and December 31, 2023 ................................................................................ 5
    Notes to Combined Financial Statements ............................................................ 6



KPMG LLP
Suite 12000
1801 K Street, NW
Washington, DC 20006

**Report of Independent Registered Public Accounting Firm**

To the Board of Governors of the Federal Reserve System
and the Boards of Directors of the Federal Reserve Banks:

We have audited the accompanying combined statements of condition of the Federal Reserve Banks (the "Reserve Banks") as of December 31, 2024 and 2023, and the related combined statements of operations and changes in capital for the years then ended, and the related notes (collectively, the financial statements). These combined financial statements are the responsibility of the Division of Reserve Bank Operations and Payment Systems' management. Our responsibility is to express an opinion on these combined financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States) and in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the combined financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the combined financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall combined financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As described in Note 3 to the combined financial statements, the Division of Reserve Bank Operations and Payment Systems has prepared these combined financial statements in conformity with the accounting principles established by the Board of Governors of the Federal Reserve System, as set forth in the *Financial Accounting Manual for Federal Reserve Banks*, which is a comprehensive basis of accounting other than U.S. generally accepted accounting principles.

In our opinion, the combined financial statements referred to above present fairly, in all material respects, the financial position of the Reserve Banks as of December 31, 2024 and 2023, and the results of its operations and changes in capital for the years then ended, on the basis of accounting described in Note 3.



Washington, DC
March 12, 2025

KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee.

# Abbreviations

| | |
|---|---|
| ACH | Automated clearinghouse |
| ASC | Accounting Standards Codification |
| ASU | Accounting Standards Update |
| BEP | Benefit Equalization Retirement Plan |
| BTFP | Bank Term Funding Program |
| Bureau | Bureau of Consumer Financial Protection |
| CARES | Coronavirus Aid, Relief, and Economic Security |
| CECL | Current Expected Credit Losses |
| CMBS | Agency commercial mortgage-backed securities |
| DFMU | Designated financial market utility |
| ESF | Exchange Stabilization Fund |
| FAM | Financial Accounting Manual for Federal Reserve Banks |
| FASB | Financial Accounting Standards Board |
| FIMA | Foreign and International Monetary Authorities |
| FOMC | Federal Open Market Committee |
| FRA | Federal Reserve Act |
| FRBA | Federal Reserve Bank of Atlanta |
| FRBB | Federal Reserve Bank of Boston |
| FRBNY | Federal Reserve Bank of New York |
| GAAP | Accounting principles generally accepted in the United States of America |
| GSE | Government-sponsored enterprise |
| IMF | International Monetary Fund |
| LLC | Limited Liability Company |
| Main Street | MS Facilities 2020 LLC |
| MBS | Mortgage-backed securities |
| MLF | Municipal Liquidity Facility LLC |
| MSLP | Main Street Lending Program |
| OEB | Office of Employee Benefits of the Federal Reserve System |
| PPP | Paycheck Protection Program |
| PPPLF | Paycheck Protection Program Liquidity Facility |
| RMBS | Agency residential mortgage-backed securities |
| SBA | Small Business Administration |
| SDR | Special drawing rights |
| SERP | Supplemental Retirement Plan for Select Officers of the Federal Reserve Banks |
| SOMA | System Open Market Account |
| STRIPS | Separate Trading of Registered Interest and Principal of Securities |
| TALF II | Term Asset-Backed Securities Loan Facility II LLC |
| TBA | To be announced |
| TIPS | Treasury Inflation-Protected Securities |
| VIE | Variable interest entity |

**Combined Statements of Condition as of December 31, 2024 and December 31, 2023**
(in millions)

| | | 2024 | 2023 |
|---|---|---:|---:|
| **Assets** | | | |
| Gold certificates | | $ 11,037 | $ 11,037 |
| Special drawing rights certificates | | 15,200 | 5,200 |
| Coin | | 1,478 | 1,423 |
| **Loans:** | Note 4 | | |
|   Loans to depository institutions | | 3,255 | 3,473 |
|   Other loans | | 6,373 | 132,628 |
| **System Open Market Account:** | Note 5 | | |
|   Treasury securities, net (of which $44,632 and $47,388 is lent as of December 31, 2024 and 2023, respectively) | | 4,473,035 | 4,988,327 |
|   Federal agency and government-sponsored enterprise mortgage-backed securities, net | | 2,277,127 | 2,481,336 |
|   Government-sponsored enterprise debt securities, net (of which $0 and $0 is lent as of December 31, 2024 and 2023, respectively) | | 2,529 | 2,557 |
|   Foreign currency denominated investments, net | | 17,422 | 18,587 |
|   Central bank liquidity swaps | | 1,120 | 1,357 |
|   Accrued interest receivable | | 29,941 | 32,357 |
|   Other assets | | – | 1 |
| Consolidated variable interest entities: Assets held, net (including $647 and $1,003 measured at fair value as of December 31, 2024 and 2023, respectively) | Note 6 | 7,996 | 16,098 |
| Prepaid pension benefit costs | Note 9 | 1,269 | 998 |
| Other accrued interest receivable | | 231 | 2,544 |
| Bank premises and equipment, net | Note 7 | 3,168 | 2,897 |
| Items in process of collection | | 88 | 69 |
| Deferred asset—remittances to the Treasury | Note 12 | 215,955 | 133,318 |
| Other assets | | 1,489 | 1,352 |
|   **Total assets** | | $ 7,068,713 | $ 7,835,559 |
| **Liabilities and capital** | | | |
| Federal Reserve notes outstanding, net | | $ 2,322,532 | $ 2,297,050 |
| **System Open Market Account:** | Note 5 | | |
|   Securities sold under agreements to repurchase | | 888,395 | 1,390,671 |
|   Other liabilities | | 105 | 614 |
| **Deposits:** | | | |
|   Depository institutions | | 2,892,363 | 3,134,759 |
|   Treasury, general account | | 721,892 | 768,590 |
|   Other deposits | | 188,599 | 187,222 |
| Interest payable to depository institutions and others | | 2,416 | 2,020 |
| Consolidated variable interest entities: Other liabilities | Note 6 | 28 | 52 |
| Accrued benefit costs | Notes 9, 10 | 2,359 | 2,035 |
| Deferred credit items | | 1,178 | 624 |
| Other liabilities | | 524 | 543 |
|   Total liabilities | | 7,020,391 | 7,784,180 |
| Reserve Bank capital | | | |
|   Capital paid-in | | $ 37,182 | $ 36,065 |
|   Surplus (including accumulated other comprehensive loss of $1,096 and $1,236 at December 31, 2024 and 2023, respectively) | | 6,785 | 6,785 |
|     Total Reserve Bank capital | | 43,967 | 42,850 |
| Consolidated variable interest entities formed to administer credit and liquidity facilities: Non-controlling interest | Note 6 | 4,355 | 8,529 |
|   Total Reserve Bank capital and consolidated variable interest entities non-controlling interest | | 48,322 | 51,379 |
|   **Total liabilities and capital** | | $ 7,068,713 | $ 7,835,559 |

The accompanying notes are an integral part of these combined financial statements.

4

**Combined Statements of Operations for the years ended December 31, 2024 and December 31, 2023**
(in millions)

|  |  | 2024 | 2023 |
|---|---|---:|---:|
| **Interest income** |  |  |  |
| Loans: | Note 4 |  |  |
|   Loans to depository institutions |  | $ 204 | $ 6,284 |
|   Other loans |  | 4,917 | 4,154 |
| System Open Market Account: | Note 5 |  |  |
|   Securities purchased under agreements to resell |  | 1 | 195 |
|   Treasury securities, net |  | 100,518 | 106,479 |
|   Federal agency and government-sponsored enterprise mortgage-backed securities, net |  | 52,648 | 57,017 |
|   Government-sponsored enterprise debt securities, net |  | 130 | 131 |
|   Foreign currency denominated investments, net |  | 328 | 246 |
|   Central bank liquidity swaps |  | 10 | 19 |
| **Total interest income** |  | **$ 158,756** | **$ 174,525** |
| **Interest expense** |  |  |  |
| System Open Market Account: | Note 5 |  |  |
|   Securities sold under agreements to repurchase |  | $ 40,288 | $ 104,341 |
| Depository institutions and others |  | 186,478 | 176,755 |
| **Total interest expense** |  | **$ 226,766** | **$ 281,096** |
| **Net interest expense** |  | **$ (68,010)** | **$ (106,571)** |
| **Other items of income (loss)** |  |  |  |
| System Open Market Account: | Note 5 |  |  |
|   Treasury securities losses, net |  | $ (37) | $ (32) |
|   Federal agency and government-sponsored enterprise mortgage-backed securities losses, net |  | (70) | (56) |
|   Foreign currency translation losses, net |  | (1,478) | (67) |
|   Other |  | (7) | (20) |
| Income from services |  | 524 | 505 |
| Reimbursable services to government agencies |  | 886 | 812 |
| Other components of net benefit costs | Notes 9, 10 | 435 | 171 |
| Other |  | 45 | 41 |
| **Total other items of income** |  | **$ 298** | **$ 1,354** |
| **Operating expenses** |  |  |  |
| Salaries and benefits |  | $ 4,193 | $ 4,129 |
| System pension service cost | Note 9 | 621 | 548 |
| Occupancy |  | 347 | 318 |
| Equipment |  | 264 | 250 |
| Other |  | 1,126 | 1,012 |
| Assessments: |  |  |  |
|   Board of Governors operating expenses and currency costs |  | 2,680 | 2,191 |
|   Bureau of Consumer Financial Protection |  | 663 | 721 |
| **Total operating expenses** |  | **$ 9,894** | **$ 9,169** |
| Reserve Bank net loss from operations |  | (77,606) | (114,386) |
| Consolidated variable interest entities: Income, net | Note 6 | 22 | 1,124 |
| Consolidated variable interest entities: Non-controlling (income), net | Note 6 | (37) | (1,038) |
| Reserve Bank and consolidated variable interest entities net loss before providing remittances to the Treasury |  | (77,621) | (114,300) |
| Earnings remittances to the Treasury, net | Note 12 | (79,104) | (116,063) |
| Net income after providing for remittances to the Treasury |  | 1,483 | 1,763 |
| Change in prior service costs related to benefit plans | Notes 9, 10, 11 | (12) | 103 |
| Change in actuarial gains (losses) related to benefit plans | Notes 9, 10, 11 | 152 | (379) |
| Total other comprehensive income (loss) |  | 140 | (276) |
| **Comprehensive income** |  | **$ 1,623** | **$ 1,487** |

The accompanying notes are an integral part of these combined financial statements.

**Combined Statements of Changes in Capital for the years ended December 31, 2024 and December 31, 2023**
(in millions, except share data)

| | Reserve Bank Capital | | | | | Consolidated variable interest entities: Non-controlling interest | Total Reserve Bank capital and consolidated variable interest entities non-controlling interest |
|---|---|---|---|---|---|---|---|
| | | Surplus | | | | | |
| | Capital paid-in | Net income retained | Accumulated other comprehensive income (loss) | Total surplus | Total Reserve Bank capital | | |
| **Balance at December 31, 2022** (700,281,542 shares of Reserve Bank capital stock) | $ 35,014 | $ 7,745 | $ (960) | $ 6,785 | $ 41,799 | $ 15,591 | $ 57,390 |
| Net change in capital stock issued (21,010,397 shares) | 1,051 | – | – | – | 1,051 | – | 1,051 |
| Comprehensive income: | | | | | | | |
| Reserve Bank net income after providing for remittances to the Treasury | – | 1,677 | – | 1,677 | 1,677 | – | 1,677 |
| Consolidated variable interest entities: Income, net | – | 86 | – | 86 | 86 | 1,038 | 1,124 |
| Other comprehensive loss | – | – | (276) | (276) | (276) | – | (276) |
| Dividends on capital stock | – | (1,487) | – | (1,487) | (1,487) | – | (1,487) |
| Consolidated variable interest entities: Non-controlling interest–capital (distribution) | – | – | – | – | – | (7,908) | (7,908) |
| Consolidated variable interest entities: Non-controlling interest–(earnings distribution) | – | – | – | – | – | (192) | (192) |
| Net change in Reserve Bank capital and non-controlling interest | 1,051 | 276 | (276) | – | 1,051 | (7,062) | (6,011) |
| **Balance at December 31, 2023** (721,291,939 shares of Reserve Bank capital stock) | $ 36,065 | $ 8,021 | $ (1,236) | $ 6,785 | $ 42,850 | $ 8,529 | $ 51,379 |
| Net change in capital stock issued (22,339,325 shares) | 1,117 | – | – | – | 1,117 | – | 1,117 |
| Comprehensive income: | | | | | | | |
| Reserve Bank net income after providing for remittances to the Treasury | – | 1,498 | – | 1,498 | 1,498 | – | 1,498 |
| Consolidated variable interest entities: Loss, net | – | (15) | – | (15) | (15) | 37 | 22 |
| Other comprehensive income | – | – | 140 | 140 | 140 | – | 140 |
| Dividends on capital stock | – | (1,623) | – | (1,623) | (1,623) | – | (1,623) |
| Consolidated variable interest entities: Non-controlling interest–capital (distribution) | – | – | – | – | – | (3,978) | (3,978) |
| Consolidated variable interest entities: Non-controlling interest–(earnings distribution) | – | – | – | – | – | (233) | (233) |
| Net change in Reserve Bank capital and non-controlling interest | 1,117 | (140) | 140 | – | 1,117 | (4,174) | (3,057) |
| **Balance at December 31, 2024** (743,631,264 shares of Reserve Bank capital stock) | $ 37,182 | $ 7,881 | $ (1,096) | $ 6,785 | $ 43,967 | $ 4,355 | $ 48,322 |

The accompanying notes are an integral part of these combined financial statements.

# Notes to Combined Financial Statements

## (1) STRUCTURE

The Federal Reserve Banks are part of the Federal Reserve System (System) created by Congress under the Federal Reserve Act of 1913 (FRA), which established the central bank of the United States. The Reserve Banks are chartered by the federal government and possess a unique set of governmental, corporate, and central bank characteristics.

In accordance with the FRA, supervision and control of each Reserve Bank is exercised by a board of directors. The FRA specifies the composition of the board of directors for each of the Reserve Banks. Each board is composed of nine members serving three-year terms: three directors, including those designated as chairman and deputy chairman, are appointed by the Board of Governors of the Federal Reserve System (Board of Governors) to represent the public, and six directors are elected by member banks. Banks that are members of the System include all national banks and state-chartered banks that apply and are approved for membership. Member banks are divided into three classes according to size. Member banks in each class elect one director representing member banks and one director representing the public. In any election of directors, each member bank receives one vote, regardless of the number of shares of Reserve Bank stock it holds.

In addition to the Reserve Banks, the System also consists, in part, of the Board of Governors and the Federal Open Market Committee (FOMC). The Board of Governors, an independent federal agency, is charged by the FRA with a number of specific duties, including general supervision over the Reserve Banks. The FOMC is composed of members of the Board of Governors, the president of the Federal Reserve Bank of New York (FRBNY), and, on a rotating basis, four other Reserve Bank presidents.

## (2) OPERATIONS AND SERVICES

The Reserve Banks perform a variety of services and operations. These functions include participating in formulating and conducting monetary policy; participating in the payment system, including transfers of funds, automated clearinghouse (ACH) operations, check collection, and a nationwide instant payments settlement service, named the FedNow Service; distributing coin and currency; performing fiscal agency functions for the U.S. Department of the Treasury (Treasury), certain federal agencies, and other entities; serving as the federal government's bank; providing short-term loans to depository institutions; providing loans to participants in programs or facilities with broad-based eligibility in unusual and exigent circumstances; serving consumers and communities by providing educational materials and information regarding financial consumer protection rights and laws and information on community development programs and activities; and supervising bank holding companies, state member banks, savings and loan holding companies, U.S. offices of foreign banking organizations, Edge Act and agreement corporations, and certain financial market utilities that have been

designated as systemically important. Certain services are provided to foreign official and international account holders, primarily by the FRBNY.

The FOMC, in conducting monetary policy, establishes policy regarding domestic open market operations and oversees these operations. The FOMC has selected the FRBNY to execute open market transactions on behalf of the Reserve Banks as provided in its annual authorization. As such, the FRBNY holds the resulting securities and agreements in a portfolio known as the System Open Market Account (SOMA). The FOMC authorizes and directs the FRBNY to conduct operations in domestic markets, including the direct purchase and sale of Treasury securities, federal agency and government-sponsored enterprise (GSE) residential mortgage-backed securities (RMBS), federal agency and GSE commercial mortgage-backed securities (CMBS), and GSE debt securities; the purchase of these securities under agreements to resell; the sale of these securities under agreements to repurchase; and the exchange, at market prices, of these securities that are maturing. The FRBNY is authorized and directed to lend the Treasury securities and GSE debt securities that are held in the SOMA.

To be prepared to meet the needs specified by the FOMC to carry out the System's central bank responsibilities, the FOMC authorized and directed the FRBNY to execute standalone spot and forward foreign exchange transactions in certain foreign currencies, to hold balances in those currencies, and to invest such foreign currency holdings, while maintaining adequate liquidity. The FRBNY holds these securities and agreements in the SOMA.

Because of the global character of bank funding markets, the System has, at times, coordinated with other central banks to provide liquidity. The FOMC authorized and directed the FRBNY to maintain standing and temporary U.S. dollar liquidity swap arrangements and standing foreign currency liquidity swap arrangements with various foreign banks. The FRBNY holds amounts outstanding under these liquidity swap lines in the SOMA.

The FOMC has authorized and directed the FRBNY to conduct small-value exercises periodically for the purpose of testing operational readiness.

On March 12, 2023, each Federal Reserve Bank established and commenced operation of the Bank Term Funding Program (BTFP), pursuant to section 13(3) of the FRA. The BTFP was established to support American businesses and households by making additional funding available to eligible depository institutions to help assure banks have the ability to meet the needs of all their depositors. The BTFP's authority to extend new loans ended March 11, 2024, and the facility will continue to operate until all loans are paid off and operations cease.

In response to the coronavirus pandemic that began in 2020, the Board of Governors authorized the operation of several lending facilities under section 13(3) of the FRA. The authority granted to these lending facilities to extend loans or purchase eligible assets has ended.

On April 8, 2020, each Federal Reserve Bank established and commenced operation of the Paycheck Protection Program Liquidity Facility (PPPLF). The PPPLF offered a source of liquidity to financial institution lenders that lend to small businesses through the Small Business Administration's (SBA) Paycheck Protection Program (PPP). The PPPLF's authority to extend new loans ended July 30, 2021, and the facility will continue to operate until all loans are paid off and operations cease.

The Board of Governors authorized the Federal Reserve Bank of Boston (FRBB) to operate the following lending facility:

- On April 9, 2020, the Main Street Lending Program (MSLP) was established to support lending to small and medium-sized businesses and non-profit organizations that were in sound financial condition before the onset of the coronavirus pandemic. The MSLP involved the purchase of participations in loans originated by eligible lenders. The MSLP includes five facilities: Main Street New Loan Facility, Main Street Expanded Loan Facility, Main Street Priority Loan Facility, Non-profit Organization New Loan Facility, and Non-profit Organization Expanded Loan Facility. The MS Facilities 2020 LLC (Main Street), formerly known as MS Facilities LLC, was established to administer the facilities. The Treasury, using funds appropriated to the Exchange Stabilization Fund (ESF) through the Coronavirus Aid, Relief, and Economic Security (CARES) Act, made an equity investment in Main Street. The facilities' authority to purchase loan participations ended January 8, 2021, and the FRBB will continue to manage operations until the closure of Main Street.

The Board of Governors authorized the FRBNY to operate the following lending facilities:

- On March 22, 2020, the Term Asset-Backed Securities Loan Facility (TALF) was established to provide loans to U.S. companies secured by certain AAA-rated asset-backed securities backed by consumer and business loans. Term Asset-Backed Securities Loan Facility II Limited Liability Company (LLC) (TALF II) was established to administer the facility. The Treasury, using funds appropriated to the ESF through the CARES Act, made an equity investment in TALF II. The TALF's authority to extend loans ended December 31, 2020, and TALF II was terminated in March 2024.

- On April 8, 2020, the Municipal Liquidity Facility was established to support lending to state, city, and county governments, certain multistate entities, and other issuers of municipal securities. Municipal Liquidity Facility LLC (MLF) was established to administer the facility. The Treasury, using funds appropriated to the ESF through the CARES Act, made an equity investment in MLF. The facility's authority to purchase eligible assets ended December 31, 2020, and MLF was terminated in March 2024.

Additional information related to the lending facilities that the Reserve Banks participate in is provided in Notes 4 and 6.

Although the Reserve Banks are separate legal entities, they collaborate on the delivery of certain services to achieve greater efficiency and effectiveness. This collaboration takes the form of centralized operations and product or function offices that have responsibility for the delivery of certain services on behalf of the Reserve Banks. Various operational and management models are used and are supported by service agreements among the Reserve Banks. In some cases, costs incurred by a Reserve Bank for services provided to other Reserve Banks are not shared; in other cases, the Reserve Banks are reimbursed for costs incurred in providing services to other Reserve Banks.

## (3) SIGNIFICANT ACCOUNTING POLICIES

Accounting principles for entities with the unique powers and responsibilities of the nation's central bank have not been formulated by accounting standard-setting bodies. The Board of Governors has developed specialized accounting principles and practices that it considers to be appropriate for the nature and function of a central bank. These accounting principles and practices are documented in the Financial Accounting Manual for Federal Reserve Banks (FAM), which is issued by the Board of Governors. The Reserve Banks are required to adopt and apply accounting policies and practices that are consistent with the FAM. The combined financial statements and associated disclosures have been prepared in accordance with the FAM.

Due to the unique nature of the Reserve Banks' powers and responsibilities as part of the nation's central bank and given the System's unique responsibility to conduct monetary policy, the Board of Governors has adopted accounting principles and practices in the FAM that differ from accounting principles generally accepted in the United States of America (GAAP). The more significant differences are the presentation of all SOMA securities holdings at amortized cost, adjusted for credit impairment, if any, and the recording of all SOMA securities on a settlement-date basis. Amortized cost, rather than the fair value presentation, more appropriately reflects the financial position associated with the Reserve Banks' securities holdings given the System's unique responsibility to conduct monetary policy. Although the application of fair value measurements to the securities holdings may result in values substantially greater or less than their carrying values, these unrealized changes in value have no direct effect on the quantity of reserves available to the banking system or on the ability of the Reserve Banks, as the central bank, to meet their financial obligations and responsibilities. Both the domestic and foreign components of the SOMA portfolio may involve transactions that result in gains or losses when holdings are sold before maturity. Decisions regarding securities and foreign currency transactions, including their purchase and sale, are primarily motivated by monetary policy and financial stability objectives rather than profit. Accordingly, fair values, earnings, and gains or losses resulting from the sale of such securities and currencies are incidental to open market operations and do not motivate decisions related to policy or open market activities. Accounting for these securities on a settlement-date basis, rather than the trade-date basis required by GAAP, better reflects the timing of the transaction's effect on the quantity of reserves in the banking system.

In addition, the Reserve Banks do not present a Combined Statement of Cash Flows as required by GAAP because the liquidity and cash position of the Reserve Banks are not a primary concern given the Reserve Banks' unique powers and responsibilities as a central bank. Other information regarding the Reserve Banks' activities is provided in, or may be derived from, the Combined Statements of Condition, Operations, and Changes in Capital, and the accompanying notes to the combined financial statements. Other than those described above, the accounting policies described in FAM are generally consistent with those in GAAP and the references to GAAP in the notes to the combined financial statements highlight those areas where FAM is consistent with GAAP.

Preparing the combined financial statements in conformity with the FAM requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the combined financial statements, and the reported amounts of income and expenses during the reporting period. Actual results could differ from those estimates.

Certain amounts relating to the prior year have been reclassified to conform to the current year presentation.

Significant accounts and accounting policies are explained below.

### a. Consolidation

The combined financial statements include the accounts and results of operations of the Reserve Banks as well as several variable interest entities (VIEs), which include the following LLCs, Main Street, MLF, and TALF II. The consolidation of the VIEs were assessed in accordance with Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) Topic 810 (ASC 810), Consolidation, which requires VIEs to be consolidated by its controlling financial interest holder. The Reserve Banks are the managing member and the Treasury is the preferred equity member of the LLCs. Intercompany balances and transactions have been eliminated in consolidation. See Note 6 for additional information on the VIEs. The assets and liabilities of each LLC have been accounted for and consolidated with the assets and liabilities of the Reserve Banks. The consolidated financial statements of the Reserve Banks include accounts and results of operations of Maiden & Nassau LLC, a Delaware LLC wholly owned by the FRBNY, which was formed to own and operate the 33 Maiden Lane building.

The Reserve Banks consolidate a VIE if the Reserve Banks have a controlling financial interest, which is defined as the power to direct the significant economic activities of the entity and the obligation to absorb losses or the right to receive benefits of the entity that could potentially be significant to the VIE. To determine whether it is the controlling financial interest holder of a VIE, the Reserve Banks evaluate the VIEs' design, capital structure, and relationships with the variable interest holders. The Reserve Banks reconsider whether it has a controlling financial interest in a VIE, as required by FASB ASC 810, Consolidation, at each reporting date or if there is an event that requires consideration.