# EXHIBIT G



# Federal Reserve Bank of Atlanta Financial Statements

As of and for the Years Ended December 31, 2024 and 2023 and Independent Auditors' Report





The Federal Reserve System is the central bank of the United States. It performs five key functions to promote the effective operation of the U.S. economy and, more generally, the public interest.

The Federal Reserve

- **conducts the nation's monetary policy** to promote maximum employment, stable prices, and moderate long-term interest rates in the U.S. economy;
- **promotes the stability of the financial system** and seeks to minimize and contain systemic risks through active monitoring and engagement in the U.S. and abroad;
- **promotes the safety and soundness of individual financial institutions** and monitors their impact on the financial system as a whole;
- **fosters payment and settlement system safety and efficiency** through services to the banking industry and U.S. government that facilitate U.S.-dollar transactions and payments; and
- **promotes consumer protection and community development** through consumer-focused supervision and examination, research and analysis of emerging consumer issues and trends, community economic development activities, and administration of consumer laws and regulations.

To learn more about us, visit www.federalreserve.gov/aboutthefed.htm.

# Contents

Management's Report on Internal Control over Financial Reporting ........ 1

Independent Auditors' Report ................................................................. 2

Abbreviations ............................................................................................ 4

Financial Statements ................................................................................ 5

    Statements of Condition as of December 31, 2024 and December 31, 2023 ............. 5

    Statements of Operations for the years ended December 31, 2024 and December 31, 2023 ............. 6

    Statements of Changes in Capital for the years ended December 31, 2024 and December 31, 2023 ............. 7

    Notes to Financial Statements ............. 8



Federal Reserve Bank *of* Atlanta

1000 Peachtree Street N.E.
Atlanta, GA 30309
atlantafed.org

March 12, 2025

To the Board of Directors of the Federal Reserve Bank of Atlanta:

The management of the Federal Reserve Bank of Atlanta (Bank) is responsible for the preparation and fair presentation of the Statements of Condition as of December 31, 2024 and 2023, and the Statements of Operations, and Statements of Changes in Capital, for the years then ended, including the related notes (collectively, the financial statements). The financial statements have been prepared in conformity with the accounting principles, policies, and practices established by the Board of Governors of the Federal Reserve System as set forth in the *Financial Accounting Manual for Federal Reserve Banks* (FAM), and, as such, include some amounts that are based on management judgments and estimates. To our knowledge, the financial statements are, in all material respects, fairly presented in conformity with the accounting principles, policies and practices documented in the FAM and include all disclosures necessary for such fair presentation.

The management of the Bank is responsible for establishing and maintaining effective internal control over financial reporting as it relates to the financial statements. The Bank's internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external reporting purposes in accordance with the FAM. The Bank's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that in reasonable detail accurately and fairly reflect the transactions and dispositions of the Bank's assets; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with FAM, and that the Bank's receipts and expenditures are being made only in accordance with authorizations of its management and directors; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the Bank's assets that could have a material effect on its financial statements.

Even effective internal control, no matter how well designed, has inherent limitations, including the possibility of human error, and therefore can provide only reasonable assurance with respect to the preparation of reliable financial statements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

The management of the Bank assessed its internal control over financial reporting based upon the criteria established in the *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, we believe that the Bank maintained effective internal control over financial reporting.

Federal Reserve Bank of Atlanta

_____

Raphael W. Bostic
President and Chief Executive Officer

_____

Cheryl L. Venable
First Vice President and Chief Operating Officer

_____

W. Brian Bowling
Executive Vice President and Chief Financial Officer



KPMG LLP
Suite 1000
620 S. Tryon Street
Charlotte, North Carolina 28202-1842

**Report of Independent Registered Public Accounting Firm**

To the Board of Governors of the Federal Reserve System
and the Board of Directors of the Federal Reserve Bank of Atlanta:

*Opinions on the Financial Statements and Internal Control Over Financial Reporting*

We have audited the accompanying statements of condition of the Federal Reserve Bank of Atlanta ("FRB Atlanta") as of December 31, 2024 and 2023, and the related statements of operations and changes in capital for the years then ended, and the related notes (collectively, the financial statements). We also have audited the FRB Atlanta's internal control over financial reporting as of December 31, 2024, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the FRB Atlanta as of December 31, 2024 and 2023, and the results of its operations and changes in capital for the years then ended, on the basis of accounting described in Note 3 to the financial statements. Also, in our opinion, the FRB Atlanta maintained, in all material respects, effective internal control over financial reporting as of December 31, 2024, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

*Basis of Accounting*

As described in Note 3 to the financial statements, the FRB Atlanta has prepared these financial statements in conformity with the accounting principles established by the Board of Governors of the Federal Reserve System (the "Board"), as set forth in the *Financial Accounting Manual for Federal Reserve Banks* ("FAM"), which is a comprehensive basis of accounting other than U.S. generally accepted accounting principles.

*Basis for Opinions*

The FRB Atlanta's management is responsible for these financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on these financial statements and an opinion on the FRB Atlanta's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to FRB Atlanta in accordance with the relevant ethical requirements relating to our audits.

We conducted our audits in accordance with the standards of the PCAOB and in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the financial statements included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial

KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee.



statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

*Definition and Limitations of Internal Control Over Financial Reporting*

The FRB Atlanta's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with the accounting principles established by the Board as described in Note 3 of the financial statements and as set forth in the FAM. The FRB Atlanta's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the FRB Atlanta; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with the FAM, and that receipts and expenditures of the FRB Atlanta are being made only in accordance with authorizations of management and directors of the FRB Atlanta; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the FRB Atlanta's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.



Charlotte, North Carolina
March 12, 2025

## (10) ACCUMULATED OTHER COMPREHENSIVE INCOME AND OTHER COMPREHENSIVE INCOME

Following is a reconciliation of beginning and ending balances of accumulated other comprehensive income (loss) as of December 31, 2024 and 2023 (in millions):

|  | 2024 | | | 2023 | | |
|---|---|---|---|---|---|---|
|  | Amount related to defined benefit retirement plan | Amount related to postretirement benefits other than retirement plans | Total accumulated other comprehensive income (loss) | Amount related to defined benefit retirement plan | Amount related to postretirement benefits other than retirement plans | Total accumulated other comprehensive income (loss) |
| **Balance at January 1** | $ (1,873) | $ 74 | $ (1,799) | $ — | $ 85 | $ 85 |
| **Change in funded status of benefit plans:** | | | | | | |
| Prior service costs arising during the year | $ — | $ — | $ — | $ — | $ 2 | $ 2 |
| Change in prior service costs related to benefit plans | — | — | — | — | 2 | 2 |
| Net actuarial gain (loss) arising during the year | 526 | (41) | 485 | (387) | (6) | (393) |
| Amortization of net actuarial gain [1] | — | (7) | (7) | — | (9) | (9) |
| Change in actuarial gain (loss) related to benefit plans | 526 | (48) | 478 | (387) | (15) | (402) |
| **Change in funded status of benefit plans—other comprehensive income (loss)** | $ 526 | $ (48) | $ 478 | $ (387) | $ (13) | $ (400) |
| Net actuarial (loss) gain resulting from the OEB transfer on August 1 [2] | — | — | — | (1,486) | 2 | (1,484) |
| **Balance at December 31** | $ (1,347) | $ 26 | $ (1,321) | $ (1,873) | $ 74 | $ (1,799) |

[1] Reclassification is reported as a component of "Other items of income (loss): Other components of net benefit costs" in the Statements of Operations.
[2] Includes $2 million of the OEB's postretirement net actuarial gain resulting from the integration of operations into the Bank. In addition, see Note 8 for discussion of the net actuarial loss transferred from the FRBNY on August 1, 2023.

Additional detail regarding the classification of accumulated other comprehensive loss is included in Note 8 and 9.

## (11) RECONCILIATION OF TOTAL DISTRIBUTION OF COMPREHENSIVE INCOME AND TREASURY REMITTANCES

In accordance with the FRA, the Bank remits excess earnings to the Treasury after providing for the cost of operations, payment of dividends, and reservation of an amount necessary to maintain the Bank's allocated portion of the aggregate surplus limitation. See Note 3q for discussion of earnings remittances to the Treasury.

The Bank periodically remitted weekly excess earnings to the Treasury during 2023 and 2024. The Bank suspended weekly remittances to the Treasury during weeks when earnings shifted from excess to less than the costs of operations, payment of dividends, and reservation of surplus resulting in the accumulation of a deferred asset. The Bank's deferred asset as of December 31, 2023 represented the net accumulation of all costs in excess of earnings, and represented the future net earnings the Bank needed to realize prior to resuming remittances to the Treasury. This balance is reported as "Deferred asset – remittances to the Treasury" in the Statements of Condition. No impairment existed as of December 31, 2023.