# EXHIBIT K



# CFPB Notifies Court it Cannot Lawfully Draw Funds from the Federal Reserve

NOV 11, 2025

**Washington, D.C.**—Today, the Consumer Financial Protection Bureau (CFPB) filed a notice informing the court in *NTEU v. Vought* that the Department of Justice's Office of Legal Counsel (OLC) has determined that the Bureau may not legally request funds at this time from the Federal Reserve under Dodd-Frank.

OLC made this conclusion on the basis that the Federal Reserve System currently lacks any "combined earnings" from which the Bureau may draw funding, as required by Dodd-Frank. OLC opinions are binding upon Executive Branch agencies including the Bureau.

The Bureau anticipates having sufficient funds to continue operations until at least December 31, 2025.

**CONTACT**

Rachel.Cauley@cfpb.gov

Alexandra.McCandless@cfpb.gov

## Topics

- CONSUMER FINANCIAL PROTECTION BUREAU (CFPB.GOV/ABOUT-US/NEWSROOM/?TOPICS=CONSUMER-FINANCIAL-PROTECTION-BUREAU)

**PRESS INFORMATION**

If you want to republish the article or have questions about the content, please contact the press office.

Go to press resources page (cfpb.gov/about-us/newsroom/press-resources/)

Case 5:25-cv-10481-EJD    Document 11-11    Filed 12/09/25    Page 3 of 3

🇺🇸 **An official website of the United States government**