# EXHIBIT O



BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
WASHINGTON, DC 20551

OFFICE OF THE
CHIEF OPERATING OFFICER

January 2, 2025

Jafnar Gueye
Chief Financial Officer
Bureau of Consumer Financial Protection
Washington, D.C.

Re: Funding Request

Dear Mr. Gueye,

This is to inform you that the funds requested in Director Chopra's letter, dated December 19, 2024, were deposited into the Bureau of Consumer Financial Protection Fund located at the Federal Reserve Bank of New York on January 2, 2025.

We are providing this funding on the understanding that you have notified the Committees on Appropriations of the House of Representatives and the Senate, the Committee on Financial Services of the House of Representatives, and the Committee on Banking, Housing, and Urban Affairs of the Senate of the funding you requested from us.

Please do not hesitate to contact me if you have any questions or concerns about the Bureau fund or future funding requests.

Sincerely,

PATRICK MCCLANAHAN
Digitally signed by PATRICK MCCLANAHAN
Date: 2025.01.03 08:56:48 -05'00'

Pat McClanahan
Division Director and Chief Operating Officer