# EXHIBIT T

S. Hrg. 117–848

# THE SEMIANNUAL MONETARY POLICY REPORT TO THE CONGRESS

# HEARING

BEFORE THE

## COMMITTEE ON BANKING, HOUSING, AND URBAN AFFAIRS UNITED STATES SENATE

ONE HUNDRED SEVENTEENTH CONGRESS

SECOND SESSION

ON

OVERSIGHT ON THE MONETARY POLICY REPORT TO CONGRESS PURSU-
ANT TO THE FULL EMPLOYMENT AND BALANCED GROWTH ACT OF 1978

JUNE 22, 2022

Printed for the use of the Committee on Banking, Housing, and Urban Affairs



Available at: https://www.govinfo.gov/

U.S. GOVERNMENT PUBLISHING OFFICE

55–794 PDF                WASHINGTON : 2024

COMMITTEE ON BANKING, HOUSING, AND URBAN AFFAIRS

SHERROD BROWN, Ohio, *Chairman*

| | |
|---|---|
| JACK REED, Rhode Island | PATRICK J. TOOMEY, Pennsylvania |
| ROBERT MENENDEZ, New Jersey | RICHARD C. SHELBY, Alabama |
| JON TESTER, Montana | MIKE CRAPO, Idaho |
| MARK R. WARNER, Virginia | TIM SCOTT, South Carolina |
| ELIZABETH WARREN, Massachusetts | MIKE ROUNDS, South Dakota |
| CHRIS VAN HOLLEN, Maryland | THOM TILLIS, North Carolina |
| CATHERINE CORTEZ MASTO, Nevada | JOHN KENNEDY, Louisiana |
| TINA SMITH, Minnesota | BILL HAGERTY, Tennessee |
| KYRSTEN SINEMA, Arizona | CYNTHIA LUMMIS, Wyoming |
| JON OSSOFF, Georgia | JERRY MORAN, Kansas |
| RAPHAEL G. WARNOCK, Georgia | KEVIN CRAMER, North Dakota |
| | STEVE DAINES, Montana |

LAURA SWANSON, *Staff Director*
BRAD GRANTZ, *Republican Staff Director*

ELISHA TUKU, *Chief Counsel*

DAN SULLIVAN, *Republican Chief Counsel*

CAMERON RICKER, *Chief Clerk*
SHELVIN SIMMONS, *IT Director*
PAT LALLY, *Hearing Clerk*

(II)

# C O N T E N T S

---

**WEDNESDAY, JUNE 22, 2022**

| | Page |
|---|---|
| Opening statement of Chairman Brown | 1 |
| Prepared statement | 47 |
| Opening statements, comments, or prepared statements of: | |
| Senator Tillis | 4 |

### WITNESS

| | |
|---|---|
| Jerome H. Powell, Chairman, Board of Governors of the Federal Reserve System | 6 |
| Prepared statement | 48 |
| Responses to written questions of: | |
| Chairman Brown | 50 |
| Senator Toomey | 53 |
| Senator Warren | 62 |
| Senator Van Hollen | 65 |
| Senator Rounds | 66 |
| Senator Tillis | 67 |
| Senator Moran | 69 |
| Senator Daines | 71 |

#### ADDITIONAL MATERIAL SUPPLIED FOR THE RECORD

| | |
|---|---|
| Monetary Policy Report to the Congress dated June 17, 2022 | 75 |

(III)

24

moved up to reflect interest rate increases that we have not actually made yet.

So what we have right now is a low short-term rate, which is our policy rate. And the increase that we made, we made one decision at the last meeting, which was to raise, by 75 basis points, but only to 1.6 percent. And we thought that was the right thing to do. I am happy to discuss why.

But really, the point is that our policy rate is still at a relatively low level, and in principle we want to get it up to a more neutralish level, even more expeditiously than we had been, and that is what was behind our thinking. And so the concern, I do not think, is about the level. It was with the speed. Are we moving too quickly? And I think I was persuaded that it was important that we make this move now and not wait and telegraph it and do it 6 weeks later, for example, or the meeting after that. It was important to do it now, because where we are with inflation is having seen inflation come in above target, over and over again, and we said we would move more aggressively if it was appropriate. We thought it was appropriate and we did.

Senator TESTER. And so you said you want to get things more to a neutral level. Are we to a neutral level now?

Mr. POWELL. No. We estimate that the longer-run neutral level of the Federal funds rate to be around 2.5 percent, and actually we think it will be appropriate to raise rates above a neutral level into a modestly restrictive level, because this is very high inflation and it is hurting everybody. And we need to do our job and get inflation back on a path down to 2 percent, and the way we are going to do that, we think, is raise rates, to that level.

Of course, everything depends on the data that we see. We are really strongly committed to getting inflation down to 2 percent, but we are going to be flexible as we see the data coming in.

Senator TESTER. Do you agree with the perspective—and then I will be done—but do you agree with the perspective that if interest rates go too high, too fast it could drive us into a recession?

Mr. POWELL. It is certainly a possibility. It is not our intended outcome at all but it is certainly a possibility. And frankly, the events of the last few months around the world have made it more difficult for us to achieve what we want, which is 2 percent inflation and still a strong labor market.

Senator TESTER. Thank you. Thank you, Mr. Chairman.

Chairman BROWN. Thank you, Senator Tester.

Senator Hagerty, of Tennessee, is recognized.

Senator HAGERTY. Thank you, Chairman Brown.

Chairman Powell, one of the many downsides of quantitative easing is the fact that the Federal Reserve, and then by extension, the American taxpayer is essentially taking a long position in the securities that are acquired. That means that when rates rise, the value of the securities on your balance sheet drop. That is exactly what is happening today. And as of March of this year, the Federal Reserve had about $330 billion worth of unrealized loss on its balance sheet. That number is probably close to half a trillion right now, given the rise in rates.

So my question of you is, did these unrealized losses limit the Federal Reserve's ability to execute its monetary policy objectives,

25

and specifically, will the Fed sell mortgage-backed securities and realize a loss, or will the Fed be cornered into holding these securities until they appreciate?

Mr. POWELL. Those kinds of unrealized losses play no role in our decisionmaking, have no effect at all on our ability to conduct monetary policy. They are just not a consideration, and they will not be a consideration when we decide whether to sell, and in what quantity, MBS. We said we would look at selling MBS when the normalization process for the balance sheet was well underway, and that means not soon. We have not decided exactly what that means.

And by the way, the reason we want to do that is we are committed to having a mostly Treasury balance sheet, and with these higher rates, MBS prepayment speeds have gone way down, and so to achieve the mostly Treasury balance sheet we may well need to sell MBS at some future date. When we turn to that we are going to be very transparent and give lots of transparency, obviously. But we will not be thinking about the balance sheet.

I mean, remember that we have contributed $1 trillion in profits to the Treasury over the course of the last 10 years. The reason we do not have a lot of capital is that we give our earnings to the Treasury every year. So it is not at all a concern for us.

Senator HAGERTY. But to be clear, these long-dated mortgage-backed securities may be sold as a loss. You are not limiting your ability to do that, to sell at a loss.

Mr. POWELL. No.

Senator HAGERTY. And that could happen. I just think the downside of quantitative easing is very much illustrated for us when you find yourself in this situation of holding this long-dated securities.

To turn to another point, Chairman Powell, I realize there are a number of factors that play a role in the historic inflation that we are experiencing—supply chain disruptions, regulations that constrain supply, we have got rising inflation expectations, and excessive fiscal spending. But the problem has not sprung out of nowhere.

In January of 2021, inflation was at 1.4 percent. By December of 2021, it had risen to 7 percent, a fivefold increase. Since the war in Ukraine began in late February, the rate of inflation has risen incrementally another 1.6 percent to a current level of 8.6 percent. So again, from 7 percent to 8.6 percent.

Given how inflation has escalated over the past 18 months, would you say that the war in Ukraine is the primary driver of inflation in America?

Mr. POWELL. No. Inflation was high before, certainly before the war in Ukraine broke out.

Senator HAGERTY. I am glad to hear you say that. The Biden administration seems to be intent on deflecting blame, and as recently as just this past Sunday spread the misinformation that Putin's invasion of Ukraine is the, quote, "biggest single driver of inflation." I am glad you agree with me that that is not the truth.

I would like to turn to the situation we find ourselves in now, tightening. A recent survey of global CEOs showed that more than 60 percent of executive expect a recession in the next 18 months. Meanwhile, per its most recent forecast, the Fed will be tightening