# EXHIBIT V



# Federal Reserve Banks Combined Financial Statements

As of and for the years ended December 31, 2022 and 2021 and Independent Auditors' Report





The Federal Reserve System is the central bank of the United States. It performs five key functions to promote the effective operation of the U.S. economy and, more generally, the public interest.

The Federal Reserve

- **conducts the nation's monetary policy** to promote maximum employment and stable prices in the U.S. economy;
- **promotes the stability of the financial system** and seeks to minimize and contain systemic risks through active monitoring and engagement in the U.S. and abroad;
- **promotes the safety and soundness of individual financial institutions** and monitors their impact on the financial system as a whole;
- **fosters payment and settlement system safety and efficiency** through services to the banking industry and U.S. government that facilitate U.S.-dollar transactions and payments; and
- **promotes consumer protection and community development** through consumer-focused supervision and examination, research and analysis of emerging consumer issues and trends, community economic development activities, and administration of consumer laws and regulations.

To learn more about us, visit www.federalreserve.gov/aboutthefed.htm.

# Contents

Independent Auditors' Report ........................................................................... 4

Abbreviations ................................................................................................... 5

Combined Financial Statements: ....................................................................

Combined Statements of Condition as of December 31, 2022 and December 31, 2021 ........................................................................................................ 6

Combined Statements of Operations for the years ended December 31, 2022 and December 31, 2021 ........................................................................... 7

Combined Statements of Changes in Capital for the years ended December 31, 2022 and December 31, 2021 ........................................................ 8

Notes to Combined Financial Statements ....................................................... 9



KPMG LLP
750 East Pratt Street, 18th Floor
Baltimore, MD 21202

**Report of Independent Registered Public Accounting Firm**

To the Board of Governors of the Federal Reserve System
 and the Boards of Directors of the Federal Reserve Banks:

We have audited the accompanying combined statements of condition of the Federal Reserve Banks (the "Reserve Banks") as of December 31, 2022 and 2021, and the related combined statements of operations and changes in capital for the years then ended, and the related notes (collectively, the financial statements). These combined financial statements are the responsibility of the Division of Reserve Bank Operations and Payment Systems' management. Our responsibility is to express an opinion on these combined financial statements based on our audits.

We conducted our audits in accordance with the auditing standards of the Public Company Accounting Oversight Board (United States) and in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the combined financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence regarding the amounts and disclosures in the combined financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall combined presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

As described in Note 3 to the combined financial statements, the Division of Reserve Bank Operations and Payment Systems has prepared these combined financial statements in conformity with the accounting principles established by the Board of Governors of the Federal Reserve System, as set forth in the *Financial Accounting Manual for Federal Reserve Banks*, which is a basis of accounting other than U.S. generally accepted accounting principles.

In our opinion, the combined financial statements referred to above present fairly, in all material respects, the financial position of the Reserve Banks as of December 31, 2022 and 2021, and the results of its operations and changes in capital for the years then ended, on the basis of accounting described in Note 3.



Washington, DC
March 14, 2023

KPMG LLP, a Delaware limited liability partnership and a member firm of
the KPMG global organization of independent member firms affiliated with
KPMG International Limited, a private English company limited by guarantee.

## (11) ACCUMULATED OTHER COMPREHENSIVE INCOME AND OTHER COMPREHENSIVE INCOME

Following is a reconciliation of beginning and ending balances of accumulated other comprehensive income (loss) as of December 31, 2022 and 2021 (in millions):

|  | 2022 | | | 2021 | | |
|---|---|---|---|---|---|---|
|  | Amount related to defined benefit retirement plan | Amount related to postretirement benefits other than retirement plans | Total accumulated other comprehensive income (loss) | Amount related to defined benefit retirement plan | Amount related to postretirement benefits other than retirement plans | Total accumulated other comprehensive income (loss) |
| **Balance at January 1** | $ (2,754) | $ (25) | $ (2,779) | $ (4,204) | $ (215) | $ (4,419) |
| **Change in funded status of benefit plans:** | | | | | | |
| Prior service costs arising during the year | – | 1 | 1 | – | (36) | (36) |
| Amortization of prior service cost (credit) [1] | – | (30) | (30) | 3 | (58) | (55) |
| Change in prior service costs related to benefit plans | – | (29) | (29) | 3 | (94) | (91) |
| Net actuarial gain arising during the year | 1,116 | 682 | 1,798 | 1,274 | 257 | 1,531 |
| Amortization of net actuarial loss [1] | 45 | 5 | 50 | 173 | 27 | 200 |
| Change in actuarial gain (loss) related to benefit plans | 1,161 | 687 | 1,848 | 1,447 | 284 | 1,731 |
| Change in funded status of benefit plans - other comprehensive income | 1,161 | 658 | 1,819 | 1,450 | 190 | 1,640 |
| **Balance at December 31** | $ (1,593) | $ 633 | $ (960) | $ (2,754) | $ (25) | $ (2,779) |

[1] Reclassification is reported as a component of "Other items of income (loss): Other components of net benefit costs" in the Combined Statements of Operations.

Additional detail regarding the classification of accumulated other comprehensive loss is included in Notes 9 and 10.

## (12) RECONCILIATION OF TOTAL DISTRIBUTION OF COMPREHENSIVE INCOME AND TREASURY REMITTANCES

In accordance with the FRA, the Reserve Banks remit excess earnings to the Treasury after providing for the cost of operations, payment of dividends, and reservation of an amount necessary to maintain aggregate surplus (see Note 3q).

The Reserve Banks remitted excess earnings to the Treasury on a weekly basis during all of 2021 and most of 2022. In the fall, the Reserve Banks first suspended weekly remittances to the Treasury because earnings shifted from excess to less than the costs of operations, payment of dividends, and reservation of surplus. The Reserve Banks began accumulating a deferred asset. At December 31, 2022, the deferred asset represents the net accumulation of costs in excess of earnings and is reported as "Deferred asset – remittances to the Treasury" in the Combined Statements of Condition. The deferred asset is the amount of net excess earnings the Reserve Banks will need to realize in the future before remittances to the Treasury resume.

| Federal Reserve Banks | | | 68 |

The following table presents the distribution of the Reserve Banks' and System's total comprehensive income for the years ended December 31, 2022 and 2021 (in millions):

|  | System total | |
|---|---|---|
|  | 2022 | 2021 |
| Reserve Bank and consolidated variable interest entity net income before providing for remittances to the Treasury | $ 58,836 | $ 107,928 |
| Other comprehensive income | 1,819 | 1,640 |
| Total comprehensive income - available for distribution | $ 60,655 | $ 109,568 |
| **Distribution of comprehensive income (loss):** | | |
| Transfer from surplus | $ – | $ (40) |
| Dividends | 1,209 | 583 |
| Remittances transferred to the Treasury [1,2] | 76,031 | 109,025 |
| Deferred asset increase | (16,585) | – |
| Earnings remittances to the Treasury, net | 59,446 | 109,025 |
| Total distribution of comprehensive income | $ 60,655 | $ 109,568 |

[1] Represents cumulative excess earnings remittances transferred to the Treasury during the period prior to entering a period of a shortfall of earnings and suspending remittances.

[2] Inclusive of a lump-sum payment of $40 million that was remitted to the Treasury on February 5, 2021 as required by the National Defense Authorization Act of 2021. As a result, aggregate surplus limitation in the FRA was reduced from $6.825 billion to $6.785 billion.

## (13) SUBSEQUENT EVENTS

On March 12, 2023, the Board of Governors announced that it will make available additional funding to eligible depository institutions to help assure banks have the ability to meet the needs of all their depositors.

The Board of Governors announced the Bank Term Funding Program (BTFP) authorizing the Reserve Banks to provide liquidity to U.S. depository institutions by extending loans of up to one year to eligible borrowers. Eligible collateral includes U.S. Treasuries, agency debt and mortgage-backed securities, and other qualifying assets. The collateral will be valued at par value. The loans will be limited in amount to the value of the pledged collateral and the rate of the loans will be fixed to the one-year overnight index swap rate plus 10 basis points. The Treasury using the ESF, made available $25 billion as credit protection to the BTFP. Under BTFP, new credit extensions will be available until at least March 11, 2024. As of March 14, 2023, the Reserve Banks extended loans under the BTFP.

Depository institutions were also able to obtain liquidity against a wide range of collateral through primary credit extensions. Effective March 12, 2023, the same margins used for securities eligible for the BTFP are applied to the same types of securities used to secure loans to depository institutions, further increasing the lendable value of collateral pledged. Beginning March 2023, loans to depository institutions increased in excess of $200 billion, and a portion of those loans were extended to depository institutions established by the Federal Deposit Insurance Corporation (FDIC) and where the Reserve Banks received loan repayment guarantees from the FDIC.