1  Stephanie B. Garlock (*pro hac vice* application pending)
   Allison M. Zieve (*pro hac vice* application pending)
2  Wendy Liu (*pro hac vice* application pending)
   PUBLIC CITIZEN LITIGATION GROUP
3  1600 20th Street NW
   Washington, DC  20009
4  Telephone:    (202) 588-1000
5  Email:        sgarlock@citizen.org
                 azieve@citizen.org
6                wliu@citizen.org

7  Michael W. Bien – 096891
8  Gay Crosthwait Grunfeld – 121944
   Van Swearingen – 259809
9  Adrienne Spiegel – 330482
   ROSEN BIEN GALVAN & GRUNFELD LLP
10 101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
11 Telephone:    (415) 433-6830
12 Facsimile:    (415) 433-7104
   Email:        mbien@rbgg.com
13                ggrunfeld@rbgg.com
                 vswearingen@rbgg.com
14                aspiegel@rbgg.com

15 Attorneys for Plaintiffs

16

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20 RISE ECONOMY; NATIONAL                    Case No. 5:25-cv-10481-EJD
   COMMUNITY REINVESTMENT
21 COALITION; and WOODSTOCK                  **DECLARATION OF STEPHANIE B.**
   INSTITUTE,                                **GARLOCK IN SUPPORT OF**
22                                           **PLAINTIFFS' ADMINISTRATIVE**
              Plaintiffs,                    **MOTION TO SET A SCHEDULE**
23                                           **FOR AND EXPEDITE A HEARING**
         v.                                  **ON PLAINITFFS' MOTION FOR**
24                                           **SUMMARY JUDGMENT**
   RUSSELL VOUGHT, in his official capacity
25 as Acting Director of the Consumer Financial
   Protection Bureau; and CONSUMER
26 FINANCIAL PROTECTION BUREAU,              Civil Local Rule 6-3

27            Defendants.

28
                                                      Case No. 5:25-cv-10481-EJD

1          **DECLARATION OF STEPHANIE B. GARLOCK**

2          I, Stephanie B. Garlock, hereby declare as follows:

3          1.       I am an attorney at Public Citizen Litigation Group and counsel for Plaintiffs in this

4    action. I submit this declaration in support of Plaintiffs' Administrative Motion to Set a Schedule

5    for and Expedite a Hearing on Plaintiffs' Motion for Summary Judgment. I have personal knowledge

6    of the facts set forth in this declaration.

7          2.       Plaintiffs filed suit on December 5, 2025, to challenge the decision of Defendants

8    Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection

9    Bureau (CFPB), and the CFPB not to request funding to support the CFPB's continued operations

10   from the Federal Reserve.

11         3.       On December 9, 2025, Plaintiffs filed a motion for summary judgment.

12         4.       Before Plaintiffs filed their motion for summary judgment, I reached out via email

13   to attorneys in the Department of Justice's Federal Program Branch to inform them about the filing

14   of the case and to discuss the schedule for briefing the motion. Attorneys from the Federal Programs

15   Branch confirmed that they would be representing Defendants in this case but informed Plaintiffs

16   that they did not agree to the briefing schedule that I proposed, which was based on the schedule

17   that would apply under Civil Local Rule 7-3.

18         5.       Attorneys from the Federal Programs Branch agreed to accept service of the motion

19   via email. After filing the motion, I served Defendants by emailing copies of the filings to those

20   Federal Programs branch attorneys.

21         6.       On December 11, 2025, I reached out via email to the same Federal Programs branch

22   attorneys to confer on the relief requested in the administrative motion being filed concurrently with

23   this declaration, including a proposed schedule for briefing Plaintiffs' motion for summary

24   judgment. In that email, Plaintiffs proposed that Defendants' opposition be due on or before January

25   2, 2026, and Plaintiffs' reply due on or before January 9, 2026. Plaintiffs further proposed asking

26   the Court to set a hearing date as soon as possible after briefing is complete.

27

28
                                                           1                        Case No. 5:25-cv-10481-EJD

1      7.      Counsel for Defendants responded and stated that they oppose expediting the hearing

2   and the schedule proposed in Plaintiffs' administrative motion, and that they intend to file a written

3   opposition.

4      8.      No party has previously requested a time modification in this action.

5      9.      Plaintiffs' proposed briefing schedule and request to expedite a hearing will not delay

6   the schedule for the case.

7   Dated: December 11, 2025                    */s/ Stephanie B. Garlock*
                                                 Stephanie B. Garlock
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:25-cv-10481-EJD

DECLARATION OF STEPHANIE B. GARLOCK IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO SET A SCHEDULE FOR AND EXPEDITE A
HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT