1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SET A SCHEDULE FOR AND EXPEDITE A HEARING ON PLAINITFFS' MOTION FOR SUMMARY JUDGMENT** |

Case No. 5:25-cv-10481-EJD

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SET A SCHEDULE FOR AND EXPEDITE A HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS Plaintiffs' administrative motion to set a schedule for and expedite a hearing on Plaintiffs' motion for summary judgment. The Court hereby sets the following schedule for briefing and considering Plaintiffs' motion:

- Defendants' opposition shall be due on January 2, 2026.
- Plaintiffs' reply shall be due on January 9, 2026.
- The Court will hold a hearing on Plaintiffs' motion for summary judgment on _____, 2026.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Edward J. Davila
United States District Judge