BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel
 (PA Bar No. 326539)

    U.S. Department of Justice
    Civil Division
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20005
    Tel.: (202) 305-1141
    Fax: (202) 616-8470
    E-mail: Charles.Roberts2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>    Plaintiffs,<br><br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**DECLARATION OF CHARLES ROBERTS**<br><br>Honorable Edward J. Davila<br>Senior United States District Judge |

I, Charles Roberts, declare:

1. I am Counsel to the Assistant Attorney General for the Civil Division and am counsel for Defendants in the above-captioned matter. The facts set forth in this declaration are within my personal knowledge.

DECLARATION OF CHARLES ROBERTS
5:25-CV-10481- EJD                         1

2. On December 11, 2025, I emailed counsel for Plaintiffs to respond to Plaintiffs' proposal to set a briefing schedule for the motion for summary judgment and to expedite a hearing on the motion. I advised that Defendants opposed expediting the hearing but were open to a briefing schedule that would be keyed off the existing hearing date or any new hearing date the Court might set (over Defendants' opposition). I further advised that if the parties could not reach agreement on a schedule like that, Defendants would move, in the alternative, to either (i) stay briefing, (ii) key any briefing schedule off the hearing date, or (iii) extend Defendants' deadline to respond to the motion for summary judgment until January 16.

3. On December 11, 2025, counsel for Plaintiffs responded that Plaintiffs oppose each of the alternative forms of relief requested and that they intend to file a written opposition.

4. Defendants have not previously requested a time modification in this action.

5. This will have no effect on the schedule for this case other than as stated herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, DC, on December 15, 2025.

*/s/ Charles E.T. Roberts*