UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS AND HOLD IN ABEYANCE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Edward J. Davila<br>Senior United States District Judge |

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS Defendants' administrative motion to stay proceedings and hold in abeyance Plaintiffs' motion for summary judgment. Further proceedings on the motion are stayed pending further order of the Court.

Defendants' deadline to respond to the complaint is not affected by this Order.

IT IS SO ORDERED.


Dated: _____, 2025

_____
The Honorable Edward J. Davila
United States District Judge