United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RISE ECONOMY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, et al.,<br><br>Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 15, 22 |

The Court has received and reviewed (1) Plaintiffs' motion to set an expedited briefing schedule for the motion for summary judgment, ECF No. 15; (2) Defendants' opposition, ECF No. 21; and (3) Defendants' motion to hold the summary judgment motion in abeyance, ECF No. 22.

Pursuant to Local Rule 6-3, the Court finds good cause to issue an expedited briefing schedule on Plaintiffs' motion given the Consumer Financial Protection Bureau's ("CFPB") diminishing funds and Defendant Vought's statement that he plans to cease CFPB operations by early 2026. *See* Req. for J. Notice ¶ 23, ECF No. 11; Req. for J. Notice Ex. I, Notice of Potential Lapse in Appropriations, *NTEU v. Vought*, No. 1:25- cv-00381-ABJ (D.D.C. Nov. 10, 2025), ECF No. 11-9; Req. for J. Notice Ex. K, CFPB, *CFPB Notifies Court it Cannot Lawfully Draw Funds from the Federal Reserve* (Nov. 11, 2025), https://www.consumerfinance.gov/about-us/newsroom/cfpbnotifies-court-it-cannot-lawfully-draw-funds-from-the-federal-reserve/, ECF No. 11-11.[1]

---

[1] For purposes of Plaintiffs' motion to set an expedited briefing schedule, the Court takes judicial notice of these facts as not subject to reasonable dispute, finding that they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). Defendants may still raise objections to Plaintiffs' request for judicial notice in response to the motion for summary judgment.

Case No.: 5:25-cv-10481-EJD
ORDER SETTING EXPEDITED BRIEFING SCHEDULE
1

The Court therefore **GRANTS** Plaintiff's motion to set an expedited schedule and **DENIES** Defendants' motion to hold the summary judgment motion in abeyance. The Court issues the following schedule on Plaintiff's motion for summary judgment, ECF No. 10:

- Opposition: January 16, 2026, at 4 p.m.
- Reply: January 23, 2026, at 4 p.m.
- Hearing: February 11, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 16, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:25-cv-10481-EJD
ORDER SETTING EXPEDITED BRIEFING SCHEDULE
2