Michael C. Martinez (CA Bar No. 275581)
Kevin E. Friedl (DC Bar No. 90033814)*
Josephine T. Morse (DC Bar No. 1531317)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mmartinez@democracyforward.org
kfriedl@democracyforward.org
jmorse@democracyforward.org

*Counsel for Amici Curiae*
  *Former Federal Reserve Officials*

\* Motion to appear *pro hac vice* forthcoming

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-10481-EJD <br><br> **ADMINISTRATIVE MOTION OF FORMER FEDERAL RESERVE OFFICIALS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*** |

Former officials of the Federal Reserve System—Governor Donald Kohn, Scott Alvarez, Thomas C. Baxter, Jr., Sandra Braunstein, William English, and Donald Hammond—respectfully seek the Court's leave under Civil Local Rule 7-11 to file the accompanying brief as amici curiae in support of Plaintiffs' Motion for Summary Judgement (ECF No. 10).

Proposed amici are former Federal Reserve officials with combined decades of experience in the Federal Reserve System, including as a governor and vice chair of the Board of Governors of the Federal Reserve System and in other leadership roles at the Board, the Federal Open Market Committee, and the Federal Reserve Bank of New York. They seek to file an amicus brief to address the recent Office of Legal Counsel opinion regarding the "combined earnings of the Federal Reserve System" that is central to Plaintiffs' claim for relief and their motion for summary judgment. *See* Pls.' Ex. J (ECF No. 11-10).

The proposed amicus brief provides important context concerning the Federal Reserve System relevant to the Court's evaluation of that OLC opinion. In particular, the proposed brief explains (1) that the Federal Reserve System currently has "combined earnings" even under OLC's definition of that term and (2) that the opinion's analysis of "combined earnings" misunderstands Federal Reserve operations in several fundamental respects. A copy of the proposed amicus brief is attached.

Prior to filing this motion, counsel for proposed amici conferred with counsel for the parties. Counsel for Plaintiffs indicated that they consent to the filing of the amicus brief. Counsel for Defendants indicated that they oppose the filing of the amicus brief as untimely, citing Federal Rule of Appellate Procedure 29.

**ARGUMENT**

"Courts have broad discretion to permit the filing of amicus briefs." *Cordova v. Huneault*, No. 25-cv-04685-VKD, 2025 WL 2410296, at *1 (N.D. Cal. Aug. 19, 2025); *see also Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has broad discretion to appoint amici curiae."), *abrogated on other grounds by Sandin v. Conner*, 512 U.S. 472 (1995). "District courts frequently welcome amicus briefs from non-parties … if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Ctr. for Biological Diversity v. Jewell*, 2013 WL 4127790, at *4 (N.D. Cal. Aug. 9, 2013) (quoting *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005)).

1

ADMINISTRATIVE MOTION OF
FORMER FEDERAL RESERVE OFFICIALS
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*                     Case No. 5:25-cv-10481-EJD

The proposed brief easily satisfies this standard. The proposed amici have highly relevant expertise as a result of their decades of experience in varied leadership roles at the Federal Reserve, including overseeing the Board of Governors' financial management functions, providing legal counsel to various components of the Federal Reserve System, and implementing and advising on monetary policy. They have unique information and perspective on the Federal Reserve System's functioning that will contribute to the Court's evaluation of how the OLC opinion interprets the System's "combined earnings." Proposed amici have a substantial interest in aiding the Court in understanding the nation's central bank.

This request is timely filed. Although Defendants invoke Federal Rule of Appellate Procedure 29, that rule does not control here, and the Court has "broad discretion" to permit the filing of this brief. *Cordova*, 2025 WL 2410296, at *1. The proposed amici have moved promptly, filing this request just 11 days after this lawsuit began. Nor could Defendants reasonably claim to be prejudiced by the timing of this filing. First, their opposition is not due for another month. *See* Order Setting Expedited Briefing Schedule at 2 (ECF No. 23). Second, some of proposed amici recently raised similar arguments in a different case against the same Defendants, and thus Defendants are already on notice of those arguments. *See* Minute Order of Dec. 10, 2025, *NTEU v. Vought*, No. 1:25-cv-00381 (D.D.C.) (accepting amicus brief for filing over Defendants' timeliness objections); *see also* Amicus Br. by Former Fed. Rsrv. Officials, *NTEU v. Vought* (D.D.C.) (ECF No. 162).

## CONCLUSION

The Court should grant amici's motion for leave to file the proposed amicus brief.

Date: December 17, 2025

Respectfully submitted,

/s/ Michael C. Martinez
Michael C. Martinez (CA Bar No. 275581)
Kevin E. Friedl (DC Bar No. 90033814)*
Josephine T. Morse (DC Bar No. 1531317)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mmartinez@democracyforward.org
kfriedl@democracyforward.org

jmorse@democracyforward.org

*Counsel for Amici Curiae*
  *Former Federal Reserve Officials*

\* Motion to appear *pro hac vice* forthcoming