Michael C. Martinez (CA Bar No. 275581)
Kevin E. Friedl (DC Bar No. 90033814)*
Josephine T. Morse (DC Bar No. 1531317)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mmartinez@democracyforward.org
kfriedl@democracyforward.org
jmorse@democracyforward.org

*Counsel for Amici Curiae*
  *Former Federal Reserve Officials*

\* Motion to appear *pro hac vice* forthcoming

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>  Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**CONSENT ADMINISTRATIVE MOTION OF FORMER FEDERAL RESERVE OFFICIALS TO WAIVE IN-STATE REQUIREMENT FOR SPONSORING COUNSEL** |

Pursuant to Civil Local Rule 7-11, proposed amici former Federal Reserve officials respectfully request that the Court waive the requirement in Civil Local Rule 11-3(a)(3) that the attorney sponsoring the pro hac vice applications of two of amici's counsel maintain an office in California. In support of that motion, proposed amici state as follows:

1. On December 17, 2025, six former officials of the Federal Reserve System—Governor Donald Kohn, Scott Alvarez, Thomas C. Baxter, Jr., Sandra Braunstein, William English, and Donald Hammond—sought leave of the Court to submit an amicus brief in support of Plaintiffs' pending motion for summary judgment.

2.  Two of amici's counsel, Kevin E. Friedl and Josephine T. Morse, will shortly file to the electronic docket applications to appear pro hac vice in this case. Those applications will identify undersigned counsel, Michael C. Martinez, as co-counsel. Mr. Martinez is a member of the bar of this Court in good standing but does not maintain an office within the state of California.

3.  Proposed amici respectfully request that, in the circumstances here, the Court waive the requirement that sponsoring co-counsel maintain an office in California. Because proposed amici do not seek leave to intervene or to participate in this case in any manner other than by submitting an amicus brief, they will not be actively involved in the future conduct of this litigation, and circumstances should not arise that would require them to maintain a physical presence in California.

4.  The relief requested will not prejudice the parties or hinder the progress of this case. If the requested relief is granted, counsel for proposed amici will continue to receive and review electronic case notifications and will stand ready to respond should the Court require their further participation in this case.

5.  Counsel for all parties have consented to the relief requested here.

Date: December 17, 2025

Respectfully submitted,

/s/ Michael C. Martinez
Michael C. Martinez (CA Bar No. 275581)
Kevin E. Friedl (DC Bar No. 90033814)*
Josephine T. Morse (DC Bar No. 1531317)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mmartinez@democracyforward.org
kfriedl@democracyforward.org
jmorse@democracyforward.org

*Counsel for Amici Curiae
  Former Federal Reserve Officials*

* Motion to appear *pro hac vice* forthcoming