# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RISE ECONOMY, *et al.*,

      Plaintiffs,

      v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

      Defendants.

Case No. 5:25-cv-10481-EJD

**[PROPOSED] ORDER GRANTING CONSENT ADMINISTRATIVE MOTION OF FORMER FEDERAL RESERVE OFFICIALS TO WAIVE IN-STATE REQUIREMENT FOR SPONSORING COUNSEL**

Upon consideration of the consent administrative motion by former Federal Reserve officials to waive the in-state requirement for sponsoring counsel, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: January 5, 2026

_____

The Hon. Edward J. Davila
United States District Judge