BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel
 (PA Bar No. 326539)

    U.S. Department of Justice
    Civil Division
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20005
    Tel.: (202) 305-1141
    Fax: (202) 616-8470
    E-mail: Charles.Roberts2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE,<br><br>    Plaintiffs,<br><br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Honorable Edward J. Davila<br>Senior United States District Judge |

Pursuant to Rule of Evidence 201, Defendants Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau (CFPB), and CFPB, request that the Court take judicial notice of the following judicial records. These documents are court filings or other official government documents. The Ninth Circuit has held that the contents of "court filings and other matters

of public record" are judicially noticeable. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

    A.  The Notice of Funding Request and the Confirmation of Receipt of Funding filed in the U.S. Court of Appeals for the District of Columbia Circuit filed in *National Treasury Employees Union v. Russell Vought*, No. 25-5091 (D.C. Cir. Jan. 15, 2026). The documents are attached to this request as Exhibit A.

    B.  The Notice of Request and Request to the Federal Reserve Chairman regarding profitability filed in *National Treasury Employees Union v. Russell Vought*, No. 1:25-cv-00381-ABJ (D.D.C. Dec. 16, 2025). The documents are attached to this request as Exhibit B.

    C.  The January 15, 2026 publication of the Federal Reserve Balance Sheet: Factors Affecting Reserve Balances - H.4.1. The document is attached to this request as Exhibit C.

    D.  The Reports to the President and Congress pursuant to 12 U.S.C. § 5497(e)(1)(B) filed in *National Treasury Employees Union v. Russell Vought*, No. 1:25-cv-00381-ABJ (D.D.C. Nov. 21, 2025). The documents are attached to this request as Exhibit D.

DATED: January 16, 2026                      Respectfully submitted,

                                                   */s/ Charles E.T. Roberts*
                                                   CHARLES E.T. ROBERTS
                                                   Counsel for Defendants