BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel
 (PA Bar No. 326539)

    U.S. Department of Justice
    Civil Division
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20005
    Tel.: (202) 305-1141
    Fax: (202) 616-8470
    E-mail: Charles.Roberts2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RISE ECONOMY; NATIONAL COMMUNITY REINVESTMENT COALITION; and WOODSTOCK INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau; and CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Defendants. | Case No. 5:25-cv-10481-EJD <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> Honorable Edward J. Davila <br> Senior United States District Judge |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendants' time within which to answer or otherwise respond to the complaint until 30 days after the Court has resolved Plaintiffs' pending motion for summary judgment, which is set for a hearing on February 11. Dkt. Nos. 10, 23.

Plaintiffs filed the instant suit on December 5, 2025, and Plaintiffs served the United States Attorney for the Northern District of California on December 10, 2025. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' response to the complaint is therefore due February 9, 2026. *See* Fed. R. Civ. P. 12(a)(2) (providing the government 60 days to respond to complaint); Fed. R. Civ. P. 6(a)(1)(C) (providing that if a period ends on a Saturday, Sunday, or legal holiday, the period is extended to run to the next day that is not a Saturday, Sunday, or legal holiday).

The parties stipulate to this change because resolution of the motion for summary judgment may resolve this case or otherwise be dispositive of many of the issues that might be contained in Defendants' response to the complaint. Therefore, responding would be an unproductive and inefficient use of the parties' and Court's resources.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that Defendants will have until 30 days after the Court resolves Plaintiffs' pending summary judgment motion to respond to the complaint.

DATED: February 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

*/s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
Counsel
(PA Bar No. 326539)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
Tel.: (202) 305-1141

Fax: (202) 616-8470
E-mail: Charles.Roberts2@usdoj.gov

*Counsel for Defendants*


*/s/ Stephanie B. Garlock*
Stephanie B. Garlock (admitted *pro hac vice*)
Allison M. Zieve (admitted *pro hac vice*)
Wendy Liu (admitted *pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
sgarlock@citizen.org
azieve@citizen.org
wliu@citizen.org

Michael W. Bien – 096891
Gay Crosthwait Grunfeld – 121944
Van Swearingen – 259809
Adrienne Spiegel – 330482
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830
mbien@rbgg.com
ggrunfeld@rbgg.com
vswearingen@rbgg.com
aspiegel@rbgg.com

*Counsel for Plaintiffs*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Charles E.T. Roberts, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 2, 2026                Respectfully submitted,

                                       */s/ Charles E.T. Roberts*
                                       CHARLES E.T. ROBERTS
                                       Counsel for Defendants