UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE ECONOMY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RUSSELL VOUGHT, et al.,<br><br>　　　　Defendants. | Case No. 5:25-cv-10481-EJD<br><br>**JUDGMENT**<br><br>Re: ECF No. 42 |

　　　On March 13, 2026, the Court granted Plaintiffs' motion for summary judgment. ECF No. 42. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 13, 2026

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge