BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel

ALEXANDER J. YUN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 674-0255
E-mail: Alex.Yun@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RISE ECONOMY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Acting Director of the Consumer Financial Protection Bureau*, <br><br> and <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Defendants. | Case No. 5:25-cv-10481-EJD <br><br> **NOTICE OF APPEAL** <br><br> The Honorable Edward J. Davila |

Notice of Appeal
5:25-cv-10481-EJD

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Motion for Summary Judgment, ECF No. 42; and from the Final Judgment, ECF No. 43.

Dated: May 11, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 674-0255
E-mail: Alex.Yun@usdoj.gov

*Attorneys for Defendants*

Notice of Appeal
5:25-cv-10481-EJD

1