

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

MAY 15 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:          26-3134
Originating Case Number:  5:25-cv-10481-EJD

Short Title:            Rise Economy, et al. v. Vought, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case.  If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:         26-3134
Originating Case Number:   5:25-cv-10481-EJD

Case Title:            Rise Economy, et al. v. Vought, et al.

**5/20/2026**
Russell Vought                                    Mediation Questionnaire due
Consumer Financial Protection Bureau              Mediation Questionnaire due

**5/26/2026**
Consumer Financial Protection Bureau              Appeal Transcript Order Due
Russell Vought                                    Appeal Transcript Order Due

**6/24/2026**
Consumer Financial Protection Bureau              Appeal Transcript Due
Russell Vought                                    Appeal Transcript Due

**8/3/2026**
Consumer Financial Protection Bureau              Appeal Opening Brief Due
Russell Vought                                    Appeal Opening Brief Due

**9/2/2026**
Rise Economy                                      Appeal Answering Brief Due
Woodstock Institute                               Appeal Answering Brief Due

National Community Reinvestment Coalition

Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available [here](). More information about the Mediation Program is available [here]().

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**